FILED

2019 APR 29 AM 8:30

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: C10

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
| V. PLAINTIFF | 19MJ 01751 |
| Mark Domingo | REPORT COMMENCING CRIMINAL ACTION |
| USMS# 78033-112 DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 26 Apr 19 1200   ☒ AM  ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☒ Yes   ☐ No

4. Charges under which defendant has been booked:
   18 USC 2339A

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☒ No   ☐ Yes   Language: English

7. Year of Birth: 1993

8. Defendant has retained counsel:   ☒ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: Devin Thompkins

10. Remarks (if any): _____

11. Name: Tasha Coolidge   (please print)

12. Office Phone Number: 323-828-9741   13. Agency: FBI

14. Signature: _____   15. Date: 29 Apr 19

CR-64 (05/18)           REPORT COMMENCING CRIMINAL ACTION