AMY M. KARLIN (Bar No. 150016)
Interim Federal Public Defender
(E-Mail: Amy_Karlin@fd.org)
David I. Wasserman (Bar No. 275987)
(E-Mail: David_Wasserman@fd.org)
Angela C. C. Viramontes (Bar No. 228228)
(E-Mail: Angela_Viramontes@fd.org)
321 East 2nd Street
Los Angeles, California 90012
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
MARK DOMINGO

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARK DOMINGO,<br><br>　　　　Defendant. | Case No. CR 19-313-SVW<br><br>**DEFENSE'S NOTICE OF INTENT TO INTRODUCE EXPERT EVIDENCE PURSUANT TO FED. R. CRIM. PRO. 12.2(B)** |

**PLEASE TAKE NOTICE THAT** the defendant, Mark Domingo, by and though counsel, hereby gives notice that he intends to submit expert evidence of his mental disease or defect, or any other mental condition of the defendant bearing on the issue of guilt, pursuant to the Federal Rules of Criminal Procedure, Rule 12.2.

//
//
//
//
//
//

1

1    The purpose of this notice is to put such notice on file pursuant to Rule 12.2(b)
2    and to make clear that the government received notice that the defense intends to
3    introduce such evidence.
4
5                                            Respectfully submitted,
6                                            AMY M. KARLIN
                                             Interim Federal Public Defender
7
8    Dated: May 4, 2020                 By  */s/ David I. Wasserman*
                                             DAVID I. WASSERMAN
9                                            ANGELA C.C. VIRAMONTES
                                             Deputy Federal Public Defenders
10                                           Attorneys for MARK DOMINGO