AMY M. KARLIN (Bar No. 150016)
Interim Federal Public Defender
DAVID I. WASSERMAN (Bar, No. 275987)
(E-Mail: David_Wasserman@fd.org)
Deputy Federal Public Defender
ANGELA C. C. VIRAMONTES (Bar No. 228228)
(E-Mail: Angela_Viramontes@fd.org)
Deputy Federal Public Defender
3801 University Avenue, Suite 700
Riverside, California 92501
Telephone: (951) 276-6346
Facsimile: (951) 276-6368

Attorneys for Defendant
MARK DOMINGO

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MARK DOMINGO, <br><br> Defendant. | Case No. CR 19-313-SVW <br><br> **EX PARTE APPLICATION TO FILE UNDER SEAL; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF COUNSEL** |

Defendant Mark Domingo, by and through his attorneys of record, Deputy Federal Public Defenders David I. Wasserman and Angela C. C. Viramontes, hereby applies ex parte to the Court for an order that his motions *in limine* filed on June 1, 2020, be filed under seal.

//
//
//
//
//

This *ex parte* application is based upon the attached memorandum of points and authorities, the declaration of David. I. Wasserman, the files and records in this case, and such further information as may be provided to the Courts regarding this application.

                                          Respectfully submitted,

                                          AMY M. KARLIN
                                          Interim Federal Public Defender

DATED: June 1, 2020             By  */s/ David I. Wasserman*
                                          DAVID I. WASSERMAN
                                          Deputy Federal Public Defender
                                          Attorney for Mark Domingo

## MEMORANDUM OF POINTS AND AUTHORITIES

A court has supervisory powers over its records and files to seal documents under appropriate circumstances. See *United States v. Mann,* 829 F.2d 849, 853 (9th Cir. 1987). Mr. Domingo requests that the Court seal the defense's motions *in limine* filed on June 1, 2020, because the contents of the document contain references to discovery that is under protective order. The protective order in this case requires that the parties file protected information *under seal*. *See* Dkt. 32.

Based on the foregoing, the defense respectfully requests that the defense's motions *in limine* be filed *under seal*.

Respectfully submitted,

AMY M. KARLIN
Interim Federal Public Defender

DATED: June 1, 2020    By  */s/ David I. Wasserman*
DAVID I. WASSERMAN
Deputy Federal Public Defender
Attorney for Mark Domingo

## DECLARATION OF DAVID I. WASSERMAN

I, David I. Wasserman, hereby state and declare as follows:

1. I am an attorney with the Office of the Federal Public Defender for the Central District of California. I am licensed to practice law in the State of California and I am admitted to practice in this Court.

2. The defense's motions *in limine* filed on June 1, 2020, contains references to protective discovery and protective information. Pursuant to this Court's protective order, entered July 3, 2019, the defense has met and conferred with the government and has agreed to request that the instant motions be filed *under seal*.

3. I contacted Reema El-Amamy and David T. Ryan, the Assistant United States Attorneys on this matter, regarding the government's position on the instant application. They informed me that the government has no objection to the defense's motions *in limine* being filed *under seal*.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATE: June 1, 2020                    */s/ David I. Wasserman*
                                       DAVID I. WASSERMAN