## U.S. v. Domingo

# PLACER HOLDER PAGE

Ex 1 - Islamic State - Answer the call (MPEG File)

# U.S. v. Domingo

# PLACER HOLDER PAGE

Ex 2 - Islamic State  - we will surely guide them to us (MPEG File)

## U.S. v. Domingo

# PLACER HOLDER PAGE

Ex 3 - Islamic State - Separation of the Heads
(MPEG File)

# U.S. v. Domingo

# PLACER HOLDER PAGE

Ex 4 - Islam - Dawlatna Mansura (MP3 File)

# Exhibit 4A

**<u>Draft Arabic-to-English Translation:</u>**

<u>Dawlatna Mansoura (Our State is Victorious)</u>

My greetings to the State [Islamic State]

It is unsheathed like a sword [carries out attacks]

You are the blessing of Allah

Our State [Islamic State] is victorious

***

My greetings to Baghdad

And to its heroes, the lions

The Knights of Martyrdom

And our State is victorious

***

And in the beloved Yusufiya,

The blood of [ruthless] white-non-believers and Shiites has been shed

And many of the Rafidites [Rejectionist Shiites] have been slaughtered

And our State [Islamic State] is victorious

***

And if you say Fallujah

It is unleashed for war

And America is in a tough situation

And our State [Islamic State] is victorious

***

In Zoba and Bu-Ghraib

We trampled over the Hummers and the Jeeps

And turned Amarica's hair gray

And our State [Islamic State] is victorious

1

```
***
```

My greetings to the State [Islamic State]

It is unsheathed like a sword [carries out attacks]

You are the blessing of Allah

Our State [Islamic State] is victorious

```
***
```

O dweller of Anbar

Don't collapse in face of apostacy

Terrorize the shameless clerics

And our State [Islamic State] is victorious

```
***
```

To the son of Al-Ramadi, the Houris

called asking, "When will you visit? Roses are spread for you!"

And our State is victorious

```
***
```

And if you talk to me about the City of Al-Qa'im

My heart loves it

But who can blame me?

And our State [Islamic State] is victorious

```
***
```

And if you tell me the town of Anah

Christianity, it's soldiers and allies suffered in it

And our State [Islamic State] is victorious

```
***
```

And as for the town of Haditha

In it, our Lion is fearlesly fighting

He demolished the despicable [Western] Awakening Movement

And our State [Islamic State] is victorious

```
***
```

In the middle of Dhulu'iya
Strategic blows
carried out by Fidawis [Fida'is]
And our State [Islamic State] is victorious

```
***
```

To Bu-Bakr the valiant attacker
O our fearless Emir
By God, take revenge
And our State [Islamic State] is victorious

```
***
```

And if you talk to me about Rawa
The towers are collapsing
And many are the dwellers in them
And our State [Islamic State] is victorious

```
***
```

In Heet and Taji
The spy will not survive
May Allah protect Al-Taji for us
And our State [Islamic State] is victorious

```
***
```

My greetings to the State [Islamic State]
It is unsheathed like a sword [carries out attacks]
You are the blessing of Allah
Our State [Islamic State] is victorious

```
***
```

For the brothers in Diyala
Our spirits like it

And victory is shining.

And our State [Islamic State] is victorious

\*\*\*

And if you talk about Ba'quba

America is afflicted

And the [Western] Awakening Movement is defeated

And our State [Islamic State] is victorious

\*\*\*

It includes Salah al-Din Governorate

Many are the apostates we trampled

Allah empowered us

And our State [Islamic State] is victorious

\*\*\*

Baiji's tones

are Mortar and RPG

May Allah protect Baiji for us

And our State [Islamic State] is victorious

\*\*\*

And Samra's heroes

They bring us the good news of our victory

And our State [Islamic State] is victorious

\*\*\*

Our prominent martyrs, marched from Al-Jallam for the sake of Allah, the Single, the All-Knowing.

Our prominent martyrs

And our State [Islamic State] is victorious

\*\*\*

My greetings to the State [Islamic State]

It is unsheathed like a sword [carries out attacks]

4

You are the blessing of Allah

Our State [Islamic State] is victorious

***

And the heroes of Kurdistan

are some of the bravest knights

they are lions in the battlefield

And our State [Islamic State] is victorious

***

And Kirkuk is the crown over our heads

It has courageous men

who guard their religion

And our State [Islamic State] is victorious

***

And in Mosul, terrorism

is increasing, O friends. Protect it O All-Giving Allah

And our State [Islamic State] is victorious

***

And if I said Tal Afar

Explosives are detonating on the army and the military

And our State [Islamic State] is victorious

***

And in conclusion, O Thou whom we worship

Don't turn back my effort

O Thou Most Generous [Allah], render our State [Islamic State] victorious

***

O Thou Most Generous [Allah], render our State victorious

***

O Thou Most Generous [Allah], render our State victorious

5

# U.S. v. Domingo

# PLACER HOLDER PAGE

Ex 5 - Islam -Ya Fawza What a Victory (MP3 File)

# U.S. v. Domingo

# PLACER HOLDER PAGE

Ex 6 - We set our chest on the day of the descent (MP3 File)

# Exhibit 7

## Graphics

9/23/2019

Note: the following file filter was applied to this list: "Bookmarked"

| 1 | 2 | 3 |
|---|---|---|
|  |  |  |

1. qla5_1_1b8.E01/Partition 1/WD Blue [NTFS]/[root]/DOMINGO/Backup Set 2018-12-02 194016/Backup Files 2018-12-02 194016/Backup files 10.zip»C»Users»Domingobco3187»AppData»Roaming»Apple Computer»MobileSync»Backup»5e771d91ce1abe2ce489135d5cb2b095be
2. qla5_1_1b8.E01/Partition 1/WD Blue [NTFS]/[root]/DOMINGO/Backup Set 2018-12-02 194016/Backup Files 2018-12-02 194016/Backup files 11.zip»C»Users»Domingobco3187»AppData»Roaming»Apple Computer»MobileSync»Backup»5e771d91ce1abe2ce489135d5cb2b095be
3. qla5_1_1b8.E01/Partition 1/WD Blue [NTFS]/[root]/DOMINGO/Backup Set 2018-12-02 194016/Backup Files 2019-02-23 142148/Backup files 3.zip»C»Users»Domingobco3187»AppData»Roaming»Apple Computer»MobileSync»Backup»5e771d91ce1abe2ce489135d5cb2b095be5

| 4 | 5 | 6 |
|---|---|---|
|  |  |  |

4. qla5_1_1b8.E01/Partition 1/WD Blue [NTFS]/[orphan]/Backup Files 2018-01-01 190957/Backup files 4.zip»C»Users»Domingobco3187»AppData»Roaming»Apple Computer»MobileSync»Backup»5e771d91ce1abe2ce489135d5cb2b095be552864»b5»b5f7850be45f4cb578ffed29
5. qla5_1_1b8.E01/Partition 1/WD Blue [NTFS]/[root]/DOMINGO/Backup Set 2018-12-02 194016/Backup Files 2019-02-23 142148/Backup files 4.zip»C»Users»Domingobco3187»AppData»Roaming»Apple Computer»MobileSync»Backup»5e771d91ce1abe2ce489135d5cb2b095be5
6. qla5_1_1b8.E01/Partition 1/WD Blue [NTFS]/[root]/DOMINGO/Backup Set 2018-12-02 194016/Backup Files 2018-12-02 194016/Backup files 660.zip»C»Users»Domingobco3187»Downloads»Desktop»iphone ^ pics in general»4chan discord»IMG_0072.JPG

USAO_010486

| 7 | 8 | 9 |
|---|---|---|



7. qla5_1_1b8.E01/Partition 1/WD Blue [NTFS]/[root]/DOMINGO/Backup Set 2018-12-02 194016/Backup Files 2019-02-23 142148/Backup files 21.zip»C»Users»Domingobco3187»Downloads»Desktop»iphone ^ pics in general»4chan discord»IMG_0083.JPG

8. qla5_1_1b8.E01/Partition 1/WD Blue [NTFS]/[root]/DOMINGO/Backup Set 2018-12-02 194016/Backup Files 2018-12-02 194016/Backup files 660.zip»C»Users»Domingobco3187»Downloads»Desktop»iphone ^ pics in general»4chan discord»IMG_0083.JPG

9. qla5_1_1b8.E01/Partition 1/WD Blue [NTFS]/[root]/DOMINGO/Backup Set 2018-12-02 194016/Backup Files 2019-02-23 142148/Backup files 21.zip»C»Users»Domingobco3187»Downloads»Desktop»iphone ^ pics in general»4chan discord»IMG_0206.JPG

| 10 | 11 | 12 |
|---|---|---|



10. qla5_1_1b8.E01/Partition 1/WD Blue [NTFS]/[root]/DOMINGO/Backup Set 2018-12-02 194016/Backup Files 2018-12-02 194016/Backup files 660.zip»C»Users»Domingobco3187»Downloads»Desktop»iphone ^ pics in general»4chan discord»IMG_0206.JPG

11. qla5_1_1b8.E01/Partition 1/WD Blue [NTFS]/[root]/DOMINGO/Backup Set 2018-12-02 194016/Backup Files 2019-02-23 142148/Backup files 21.zip»C»Users»Domingobco3187»Downloads»Desktop»iphone ^ pics in general»4chan discord»IMG_1280.JPG

12. qla5_1_1b8.E01/Partition 1/WD Blue [NTFS]/[root]/DOMINGO/Backup Set 2018-12-02 194016/Backup Files 2018-12-02 194016/Backup files 661.zip»C»Users»Domingobco3187»Downloads»Desktop»iphone ^ pics in general»4chan discord»IMG_1280.JPG

USAO_010487

| 13 | 14 | 15 |
|---|---|---|

 

13. qla5_1_1b8.E01/Partition 1/WD Blue [NTFS]/[root]/DOMINGO/Backup Set 2018-12-02 194016/Backup Files 2018-12-02 194016/Backup files 661.zip»C»Users»Domingobco3187»Downloads»Desktop»iphone ^ pics in general»4chan discord»IMG_1394.GIF

14. qla5_1_1b8.E01/Partition 1/WD Blue [NTFS]/[root]/DOMINGO/Backup Set 2018-12-02 194016/Backup Files 2018-12-02 194016/Backup files 661.zip»C»Users»Domingobco3187»Downloads»Desktop»iphone ^ pics in general»4chan discord»IMG_1626.GIF

15. qla5_1_1b8.E01/Partition 1/WD Blue [NTFS]/[root]/DOMINGO/Backup Set 2018-12-02 194016/Backup Files 2018-12-02 194016/Backup files 661.zip»C»Users»Domingobco3187»Downloads»Desktop»iphone ^ pics in general»4chan discord»IMG_1665.JPG

| 16 | 17 | 18 |
|---|---|---|

  

16. qla5_1_1b8.E01/Partition 1/WD Blue [NTFS]/[root]/DOMINGO/Backup Set 2018-12-02 194016/Backup Files 2019-02-23 142148/Backup files 21.zip»C»Users»Domingobco3187»Downloads»Desktop»iphone ^ pics in general»4chan discord»IMG_1744.JPG

17. qla5_1_1b8.E01/Partition 1/WD Blue [NTFS]/[root]/DOMINGO/Backup Set 2018-12-02 194016/Backup Files 2019-02-23 142148/Backup files 22.zip»C»Users»Domingobco3187»Downloads»Desktop»iphone ^ pics in general»4chan discord»IMG_2193.JPG

18. qla5_1_1b8.E01/Partition 1/WD Blue [NTFS]/[root]/DOMINGO/Backup Set 2018-12-02 194016/Backup Files 2019-02-23 142148/Backup files 22.zip»C»Users»Domingobco3187»Downloads»Desktop»iphone ^ pics in general»4chan discord»IMG_2716.JPG

USAO_010488

| 19 | 20 | 21 |
|---|---|---|

  

19. qla5_1_1b8.E01/Partition 1/WD Blue [NTFS]/[orphan]/Backup Files 2018-01-01 190957/Backup files 83.zip»C»Users»Domingobco3187»Downloads»Desktop»iphone ^ pics in general»4chan discord»IMG_6067.JPG
20. qla5_1_1b8.E01/Partition 1/WD Blue [NTFS]/[root]/DOMINGO/Backup Set 2018-12-02 194016/Backup Files 2018-12-02 194016/Backup files 662.zip»C»Users»Domingobco3187»Downloads»Desktop»iphone ^ pics in general»4chan discord»IMG_6067.JPG
21. qla5_1_1b8.E01/Partition 1/WD Blue [NTFS]/[root]/DOMINGO/Backup Set 2018-12-02 194016/Backup Files 2018-12-02 194016/Backup files 662.zip»C»Users»Domingobco3187»Downloads»Desktop»iphone ^ pics in general»4chan discord»IMG_6321.JPG

| 22 | 23 | 24 |
|---|---|---|



22. qla5_1_1b8.E01/Partition 1/WD Blue [NTFS]/[root]/DOMINGO/Backup Set 2018-12-02 194016/Backup Files 2018-12-02 194016/Backup files 662.zip»C»Users»Domingobco3187»Downloads»Desktop»iphone ^ pics in general»4chan discord»IMG_6426.JPG
23. qla5_1_1b8.E01/Partition 1/WD Blue [NTFS]/[root]/DOMINGO/Backup Set 2018-12-02 194016/Backup Files 2018-12-02 194016/Backup files 664.zip»C»Users»Domingobco3187»Downloads»Desktop»iphone ^ pics in general»4chan discord»IMG_7504.JPG
24. qla5_1_1b8.E01/Partition 1/WD Blue [NTFS]/[orphan]/Backup Files 2018-01-01 190957/Backup files 85.zip»C»Users»Domingobco3187»Downloads»Desktop»iphone ^ pics in general»4chan discord»IMG_7504.JPG

USAO_010489

| 25 | 26 | 27 |
|---|---|---|

  

25. qla5_1_1b8.E01/Partition 1/WD Blue [NTFS]/[root]/DOMINGO/Backup Set 2018-12-02 194016/Backup Files 2018-12-02 194016/Backup files 665.zip»C»Users»Domingobco3187»Downloads»Desktop»iphone ^ pics in general»4chan discord»IMG_7822.JPG

26. qla5_1_1b8.E01/Partition 1/WD Blue [NTFS]/[root]/DOMINGO/Backup Set 2018-12-02 194016/Backup Files 2018-12-02 194016/Backup files 666.zip»C»Users»Domingobco3187»Downloads»Desktop»iphone ^ pics in general»4chan discord»IMG_8515.JPG

27. qla5_1_1b8.E01/Partition 1/WD Blue [NTFS]/[root]/DOMINGO/Backup Set 2018-12-02 194016/Backup Files 2018-12-02 194016/Backup files 666.zip»C»Users»Domingobco3187»Downloads»Desktop»iphone ^ pics in general»4chan discord»IMG_8623.JPG

| 28 | 29 | 30 |
|---|---|---|



28. qla5_1_1b8.E01/Partition 1/WD Blue [NTFS]/[root]/DOMINGO/Backup Set 2018-12-02 194016/Backup Files 2018-12-02 194016/Backup files 666.zip»C»Users»Domingobco3187»Downloads»Desktop»iphone ^ pics in general»4chan discord»IMG_8630.JPG

29. qla5_1_1b8.E01/Partition 1/WD Blue [NTFS]/[orphan]/Backup files 29.zip»C»Users»Domingobco3187»Downloads»Desktop»iphone ^ pics in general»4chan discord»IMG_8663.JPG

30. qla5_1_1b8.E01/Partition 1/WD Blue [NTFS]/[root]/DOMINGO/Backup Set 2018-12-02 194016/Backup Files 2018-12-02 194016/Backup files 666.zip»C»Users»Domingobco3187»Downloads»Desktop»iphone ^ pics in general»4chan discord»IMG_8663.JPG

USAO_010490

| 31 | 32 | 33 |
|---|---|---|



31. qla5_1_1b8.E01/Partition 1/WD Blue [NTFS]/[orphan]/Backup files
29.zip»C»Users»Domingobco3187»Downloads»Desktop»iphone ^ pics in general»4chan discord»IMG_8741.JPG
32. qla5_1_1b8.E01/Partition 1/WD Blue [NTFS]/[orphan]/Backup files
29.zip»C»Users»Domingobco3187»Downloads»Desktop»iphone ^ pics in general»4chan discord»IMG_9219.JPG
33. qla5_1_1b8.E01/Partition 1/WD Blue [NTFS]/[root]/DOMINGO/Backup Set 2018-12-02 194016/Backup Files 2019-02-23
142148/Backup files 22.zip»C»Users»Domingobco3187»Downloads»Desktop»iphone ^ pics in general»4chan discord»IMG_9219.JPG

| 34 | 35 | 36 |
|---|---|---|



34. qla5_1_1b8.E01/Partition 1/WD Blue [NTFS]/[root]/DOMINGO/Backup Set 2018-12-02 194016/Backup Files 2018-12-02
194016/Backup files 667.zip»C»Users»Domingobco3187»Downloads»Desktop»iphone ^ pics in general»4chan discord»IMG_9219.JPG
35. qla5_1_1b8.E01/Partition 1/WD Blue [NTFS]/[root]/DOMINGO/Backup Set 2018-12-02 194016/Backup Files 2018-12-02
194016/Backup files 667.zip»C»Users»Domingobco3187»Downloads»Desktop»iphone ^ pics in general»4chan discord»IMG_9378.JPG
36. qla5_1_1b8.E01/Partition 1/WD Blue [NTFS]/[root]/DOMINGO/Backup Set 2018-12-02 194016/Backup Files 2018-12-02
194016/Backup files 667.zip»C»Users»Domingobco3187»Downloads»Desktop»iphone ^ pics in general»4chan discord»IMG_9516.JPG

USAO_010491

| 37 | 38 | 39 |
|---|---|---|



37. qla5_1_1b8.E01/Partition 1/WD Blue [NTFS]/[root]/DOMINGO/Backup Set 2018-12-02 194016/Backup Files 2018-12-02 194016/Backup files 668.zip»C»Users»Domingobco3187»Downloads»Desktop»iphone ^ pics in general»4chan discord»ISLAMIC STATE.JPG

38. qla5_1_1b8.E01/Partition 1/WD Blue [NTFS]/[root]/DOMINGO/Backup Set 2018-12-02 194016/Backup Files 2019-02-23 142148/Backup files 22.zip»C»Users»Domingobco3187»Downloads»Desktop»iphone ^ pics in general»4chan discord»jihad friends.JPG

39. qla5_1_1b8.E01/Partition 1/WD Blue [NTFS]/[root]/DOMINGO/Backup Set 2018-12-02 194016/Backup Files 2018-12-02 194016/Backup files 655.zip»C»Users»Domingobco3187»Downloads»Desktop»iphone ^ pics in general»IMG_2212.JPG

| 40 | 41 | 42 |
|---|---|---|



40. qla5_1_1b8.E01/Partition 1/WD Blue [NTFS]/[orphan]/Backup files 546.zip»C»Users»Domingobco3187»Downloads»Desktop»iphone ^ pics in general»IMG_5336.JPG

41. qla5_1_1b8.E01/Partition 1/WD Blue [NTFS]/[root]/DOMINGO/Backup Set 2018-12-02 194016/Backup Files 2018-12-02 194016/Backup files 656.zip»C»Users»Domingobco3187»Downloads»Desktop»iphone ^ pics in general»IMG_5336.JPG

42. qla5_1_1b8.E01/Partition 1/WD Blue [NTFS]/[orphan]/Backup files 546.zip»C»Users»Domingobco3187»Downloads»Desktop»iphone ^ pics in general»IMG_5337.JPG

USAO_010492

| 43 | 44 | 45 |
|---|---|---|



43. qla5_1_1b8.E01/Partition 1/WD Blue [NTFS]/[root]/DOMINGO/Backup Set 2018-12-02 194016/Backup Files 2018-12-02 194016/Backup files 656.zip»C»Users»Domingobco3187»Downloads»Desktop»iphone ^ pics in general»IMG_5337.JPG
44. qla5_1_1b8.E01/Partition 1/WD Blue [NTFS]/[orphan]/Backup files 546.zip»C»Users»Domingobco3187»Downloads»Desktop»iphone ^ pics in general»IMG_5405.JPG
45. qla5_1_1b8.E01/Partition 1/WD Blue [NTFS]/[root]/DOMINGO/Backup Set 2018-12-02 194016/Backup Files 2018-12-02 194016/Backup files 656.zip»C»Users»Domingobco3187»Downloads»Desktop»iphone ^ pics in general»IMG_5405.JPG

| 46 | 47 | 48 |
|---|---|---|



46. qla5_1_1b8.E01/Partition 1/WD Blue [NTFS]/[orphan]/Backup files 546.zip»C»Users»Domingobco3187»Downloads»Desktop»iphone ^ pics in general»IMG_5406.JPG
47. qla5_1_1b8.E01/Partition 1/WD Blue [NTFS]/[root]/DOMINGO/Backup Set 2018-12-02 194016/Backup Files 2018-12-02 194016/Backup files 656.zip»C»Users»Domingobco3187»Downloads»Desktop»iphone ^ pics in general»IMG_5406.JPG
48. qla5_1_1b8.E01/Partition 1/WD Blue [NTFS]/[root]/DOMINGO/Backup Set 2018-12-02 194016/Backup Files 2018-12-02 194016/Backup files 656.zip»C»Users»Domingobco3187»Downloads»Desktop»iphone ^ pics in general»IMG_5408.JPG

USAO_010493

| 49 | 50 | 51 |
|---|---|---|

 

49. qla5_1_1b8.E01/Partition 1/WD Blue [NTFS]/[orphan]/Backup files
546.zip»C»Users»Domingobco3187»Downloads»Desktop»iphone ^ pics in general»IMG_5410.JPG
50. qla5_1_1b8.E01/Partition 1/WD Blue [NTFS]/[root]/DOMINGO/Backup Set 2018-12-02 194016/Backup Files 2018-12-02
194016/Backup files 656.zip»C»Users»Domingobco3187»Downloads»Desktop»iphone ^ pics in general»IMG_5410.JPG
51. qla5_1_1b8.E01/Partition 1/WD Blue [NTFS]/[root]/DOMINGO/Backup Set 2018-12-02 194016/Backup Files 2018-12-02
194016/Backup files 656.zip»C»Users»Domingobco3187»Downloads»Desktop»iphone ^ pics in general»IMG_5414.JPG

| 52 | 53 | 54 |
|---|---|---|

  

52. qla5_1_1b8.E01/Partition 1/WD Blue [NTFS]/[root]/DOMINGO/Backup Set 2018-12-02 194016/Backup Files 2018-12-02
194016/Backup files 656.zip»C»Users»Domingobco3187»Downloads»Desktop»iphone ^ pics in general»IMG_5418.JPG
53. qla5_1_1b8.E01/Partition 1/WD Blue [NTFS]/[orphan]/Backup Files 2018-01-01 190957/Backup files
82.zip»C»Users»Domingobco3187»Downloads»Desktop»iphone ^ pics in general»IMG_5946.JPG
54. qla5_1_1b8.E01/Partition 1/WD Blue [NTFS]/[root]/DOMINGO/Backup Set 2018-12-02 194016/Backup Files 2018-12-02
194016/Backup files 656.zip»C»Users»Domingobco3187»Downloads»Desktop»iphone ^ pics in general»IMG_6798.JPG

USAO_010494

| 55 | 56 | 57 |
|----|----|----|



55. qla5_1_1b8.E01/Partition 1/WD Blue [NTFS]/[orphan]/Backup Files 2018-01-01 190957/Backup files 82.zip»C»Users»Domingobco3187»Downloads»Desktop»iphone ^ pics in general»IMG_6894.JPG
56. qla5_1_1b8.E01/Partition 1/WD Blue [NTFS]/[orphan]/Backup Files 2018-01-01 190957/Backup files 82.zip»C»Users»Domingobco3187»Downloads»Desktop»iphone ^ pics in general»IMG_7053.JPG
57. qla5_1_1b8.E01/Partition 1/WD Blue [NTFS]/[root]/DOMINGO/Backup Set 2018-12-02 194016/Backup Files 2018-12-02 194016/Backup files 656.zip»C»Users»Domingobco3187»Downloads»Desktop»iphone ^ pics in general»IMG_7101.JPG

| 58 | 59 | 60 |
|----|----|----|



58. qla5_1_1b8.E01/Partition 1/WD Blue [NTFS]/[orphan]/Backup Files 2017-08-28 225601/Backup files 8.zip»C»Users»Domingobco3187»Downloads»Desktop»iphone ^ pics in general»isis toyota.jpeg
59. qla5_1_1b8.E01/Partition 1/WD Blue [NTFS]/[root]/DOMINGO/Backup Set 2018-12-02 194016/Backup Files 2018-12-02 194016/Backup files 658.zip»C»Users»Domingobco3187»Downloads»Desktop»iphone ^ pics in general»isis toyota.jpeg
60. qla5_1_1b8.E01/Partition 1/WD Blue [NTFS]/[orphan]/Backup Files 2018-01-01 190957/Backup files 82.zip»C»Users»Domingobco3187»Downloads»Desktop»iphone ^ pics in general»islamic state cav.jpg

USAO_010495

| 61 | 62 | 63 |
|---|---|---|

  

61. qla5_1_1b8.E01/Partition 1/WD Blue [NTFS]/[root]/DOMINGO/Backup Set 2018-12-02 194016/Backup Files 2018-12-02 194016/Backup files 658.zip»C»Users»Domingobco3187»Downloads»Desktop»iphone ^ pics in general»islamic state cav.jpg
62. qla5_1_1b8.E01/Partition 1/WD Blue [NTFS]/[orphan]/Backup Files 2018-01-01 190957/Backup files 82.zip»C»Users»Domingobco3187»Downloads»Desktop»iphone ^ pics in general»khalid ibn walid.jpg
63. qla5_1_1b8.E01/Partition 1/WD Blue [NTFS]/[root]/DOMINGO/Backup Set 2018-12-02 194016/Backup Files 2018-12-02 194016/Backup files 658.zip»C»Users»Domingobco3187»Downloads»Desktop»iphone ^ pics in general»khalid ibn walid.jpg

| 64 |
|---|



64. qla5_1_1b8.E01/Partition 1/WD Blue [NTFS]/[root]/DOMINGO/Backup Set 2018-12-02 194016/Backup Files 2018-12-02 194016/Backup files 1042.zip»C»Users»Domingobco3187»Downloads»Desktop»New folder»IMG_1744.JPG

USAO_010496

# Exhibit 8





عاجل / استعراض عسكري لجند الخلافة في مدينة سرت

٢٦ ربيع الثاني ١٤٣٦




