AMY M. KARLIN (Bar No. 150016)
Interim Federal Public Defender
DAVID I. WASSERMAN (Bar, No. 275987)
(E-Mail: David_Wasserman@fd.org)
Deputy Federal Public Defender
ANGELA C. C. VIRAMONTES (Bar No. 228228)
(E-Mail: Angela_Viramontes@fd.org)
Deputy Federal Public Defender
321 E 2nd Street
Los Angeles, California 90012
Telephone: (213) 894-2854
Facsimile: (213) 894.0081

Attorneys for Defendant
MARK STEVEN DOMINGO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARK STEVEN DOMINGO,<br><br>Defendant. | Case No. CR 19-00313-SVW<br><br>**MARK DOMINGO'S REPLY TO GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION THAT ALL POTENTIAL GOVERNMENT WITNESSES UNDER SUBPOENA BE DEEMED TO BE UNDER DEFENSE SUBPOENA**<br><br>Hearing Date: July 13, 2020<br>Hearing Time: 11:30 am<br>Hearing Location: Courtroom of the Honorable Steven V. Wilson |

Mark Domingo, by and through his counsel of record, Deputy Federal Public Defenders, David I. Wasserman and Angela C. C. Viramontes, hereby files this Reply to Government's Opposition to Defendant's Motion that All Potential Government Witnesses Under Subpoena be Deemed to be Under Defense Subpoena.

1       The Reply is based upon the attached memorandum of points and authorities, all
2 files and records in this case, and any further information provided to the Court
3 regarding the Reply.

                                                Respectfully submitted,

                                               AMY M. KARLIN
                                               Interim Federal Public Defender

DATED: June 29, 2020           By  */s/ Angela C. C. Viramontes*
                                             ANGELA C. C. VIRAMONTES
                                             DAVID I. WASSERMAN
                                             Deputy Federal Public Defenders
                                             Attorneys for MARK STEVEN DOMINGO

## MEMORANDUM OF POINTS AND AUTHORITIES
## I. INTRODUCTION AND ARGUMENT

In the interests of efficient use of limited public defender resources, consideration for witnesses' schedules, and limiting the exposure of witnesses and defense investigators to COVID, the defense requests that all potential government witnesses that the government has actually subpoenaed be deemed under defense subpoena too. To the extent the defense's request raises *Touhy* compliance concerns, the defense will work with the government to ensure the defense complies with *Touhy* regulations.

## II. CONCLUSION

For the reasons stated above the defense respectfully requests that all potential government witnesses under government subpoena be deemed under defense subpoena as well.

Respectfully submitted,

AMY M. KARLIN
Interim Federal Public Defender

DATED: June 29, 2020     By  */s/ Angela C. C. Viramontes*
ANGELA C. C. VIRAMONTES
DAVID I. WASSERMAN
Deputy Federal Public Defenders
Attorneys for MARK STEVEN DOMINGO