AMY M. KARLIN (Bar No. 150016)
Interim Federal Public Defender
DAVID I. WASSERMAN (Bar, No. 275987)
(E-Mail: David_Wasserman@fd.org)
Deputy Federal Public Defender
ANGELA C. C. VIRAMONTES (Bar No. 228228)
(E-Mail: Angela_Viramontes@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, CA 90012
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
MARK DOMINGO

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARK DOMINGO,<br><br>Defendant. | Case No. CR 19-00313-SVW<br><br>**EX PARTE APPLICATION TO FILE UNDER SEAL; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF COUNSEL** |

Defendant Mark Domingo, by and through his attorneys of record, Deputy Federal Public Defenders David I. Wasserman and Angela C. C. Viramontes, hereby applies ex parte to the Court for an order that his reply to the government's opposition to admit statements under Fed. R. Evid. 803(3) and 803(4), be filed *under seal*.

//
//
//
//
//

This *ex parte* application is based upon the attached memorandum of points and authorities, the declaration of David. I. Wasserman, the files and records in this case, and such further information as may be provided to the Courts regarding this application.

Respectfully submitted,

AMY M. KARLIN
Interim Federal Public Defender

DATED: June 29, 2020  By  */s/ David I. Wasserman*
DAVID I. WASSERMAN
Deputy Federal Public Defender
Attorney for Mark Domingo

2

## **MEMORANDUM OF POINTS AND AUTHORITIES**

A court has supervisory powers over its records and files to seal documents under appropriate circumstances. See *United States v. Mann,* 829 F.2d 849, 853 (9th Cir. 1987). Mr. Domingo requests that the Court seal his reply to the government's opposition to admit statements under Fed. R. Evid. 803(3) and 803(4) because the contents of the document contain references to sensitive medical.

Based on the foregoing, the defense respectfully requests that his reply to the government's opposition to admit statements under Fed. R. Evid. 803(3) and 803(4), be filed *under seal*.

Respectfully submitted,

AMY M. KARLIN
Interim Federal Public Defender

DATED: June 29, 2020   By  */s/ David I. Wasserman*
DAVID I. WASSERMAN
Deputy Federal Public Defender
Attorney for Mark Domingo

**DECLARATION OF DAVID I. WASSERMAN**

I, David I. Wasserman, hereby state and declare as follows:

1. I am an attorney with the Office of the Federal Public Defender for the Central District of California. I am licensed to practice law in the State of California and I am admitted to practice in this Court.

2. Mr. Domingo's reply to the government's opposition to admit statements under Fed. R. Evid. 803(3) and 803(4) discusses sensitive medical information. The Court previously granted Mr. Domingo's request to seal the initial motion and the government's request to seal its opposition because they contained such information. *See* Dkts. 74 and 105.

3. I contacted Reema El-Amamy and David T. Ryan, the Assistant United States Attorneys on this matter, regarding the government's position on the instant application. They informed me that the government has no objection to the defense's request.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATE: June 29, 2020       */s/ David I. Wasserman*
                          DAVID I. WASSERMAN