CUAUHTEMOC ORTEGA (Bar No. 257443)
Interim Federal Public Defender
DAVID I. WASSERMAN (Bar No. 275987)
(E-Mail: David_Wasserman@fd.org)
Deputy Federal Public Defender
ANGELA C. C. VIRAMONTES (Bar No. 228228)
(E-Mail: Angela_Viramontes@fd.org)
Deputy Federal Public Defender
321 E 2nd Street
Los Angeles, California 90012
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
MARK DOMINGO

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MARK DOMINGO,<br><br>  Defendant. | Case No. CR 19-313-SVW<br><br>**SUPPLEMENT TO MARK DOMINGO'S OPPOSITION TO GOVERNMENT'S MOTION IN LIMINE TO LIMIT DR. MARC SAGEMAN'S TESTIMONY AND, IN THE ALTERNATIVE, TO HOLD A DAUBERT HEARING**<br><br>Hearing Date: TBD<br>Hearing Time: TBD |

In response to the Court's request on July 13, 2020, that the defense provide the Court with a list of cases in which Dr. Marc Sageman has testified, Mark Domingo by and through his counsel of record, Deputy Federal Public Defenders, David I. Wasserman and Angela C. C. Viramontes, hereby files this Supplement to Mark

/ / /

/ / /

/ / /

1

Domingo's Opposition to Government's Motion In Limine To Limit Dr. Marc Sageman's Testimony and, in the Alternative, to Hold a Daubert Hearing.

                                      Respectfully submitted,

                                      CUAUHTEMOC ORTEGA
                                      Interim Federal Public Defender

DATED:  July 17, 2020        By  */s/ Angela C. C. Viramontes*
                                      ANGELA C. C. VIRAMONTES
                                      DAVID I. WASSERMAN
                                      Deputy Federal Public Defenders
                                      Attorneys for Mark Domingo

**LIST OF CASES**

The following is a list of cases where Dr. Sageman testified as an expert or submitted an expert report:

*U.S. v. Sinmyah Amera Ceasar*, NYED, No. 17-CR-48 and 19-CR-117 (JBW)*

*U.S. v. Joseph Jones & Edward Schimenti*, ND Illinois, ED, No. 17 CR 236 (ARW)*

*U.S. v. Amer Alhaggagi*, ND California, SF Division, No. CR-17-0387 CRB*

*Ikram Khan v. U.S.C.I.S.*, SDFL, Miami, No. 15-CV-23406-DPG*

*U.S. v. Adam Shafi*, ND California, SF Division, No. 15-CR-582-WHO*

*U.S. v. Amor Ftouhi*, USDC, ED Michigan, No. 17-cr-20456-LVP

*U.S. v. Bakhtiyor Jumaev*, USDC, CO, No. 12-cr-00033-JLK*

*U.S. v. Enrique Marquez, Jr.* ED CR California, 15-93-JGB

*U.S. v. Mohamed Elshinawy*, Maryland, No. ELH-16-0009*

*U.S. v. Keonna Thomas*, E.D. PA, No. 0313 2:15CR00171-001 (MMB)

*U.S. v. Munir Abdulkader*, S.D., Ohio, No. 1:16CR00019-001 (MRB)

DoD, Periodic Review Board, Guantanamo Detainee MR-760, Mohamedou Ould Slahi

*U.S. v. Abdul Malik Abdul Kareem*, Arizona, CR-15-707-PHX-SRB (MHB)*

*Ayman Latif, et al v. Loretta Lunch, et al*, OR, Portland Division, No. 3:10-CV-00750-BR

*Linde et al v. Arab Bank*, E.D.N.Y., No. 04-CV-02799 et al (BMC)

*U.S. v. Fazliddin Kubanov*, Idaho, No. CR-13-120-S-EJL*

*U.S. v. Abdalla Tounisi*, N.D. Illinois, 13 CR 328 (SDY)

*U.S. v. Irek Hamidullin*, E.D.VA, Richmond Division, No. 3:14-CR-140-HEH*

*U.S. v. Haroon Aswat*, S.D.N.Y., No. 04-CR-356 (KBF)

*U.S. v. Adel Abdel Bary*, S.D.N.Y., No. 98-CR-1023 (LAK)

*U.S. v. Babar Ahmad*, Connecticut, No. 3:04-CR-00301-JCH

*U.S. v. Sohiel Kabir*, et al., C.D. Cal ED CR No 12-0092(B)-VAP*

1         *U.S. v. Tarek Mehanna*, Massachusetts, CR No. 9-10017-GAD*

2         *U.S. v. Mohamed Mohamud*, OR, Portland Division, No. 3:10-CR-475-KI*

3         DoD, *U.S. v. Omar Khadr*, Guantanamo Detainee CA-766

5 List of legal Cases, where Dr. Sageman qualified as an expert but ultimately did not
6 testify:

7         *U.S. v. Alison Sheppard*, M.D.Fl., No. 2:18-CR-19-FtM-38UAM

8         *U.S. v. Christopher Cornell*, S.D. Ohio, No. 1:15-CR-012 (SB)

9         *U.S. v. Daniel Boyd*, E.D. of North Carolina, Western Division, NO.5: 09-CR-
10 216-IFL

11         *U.S. v. Tahawwur Hussain Rana*, N.D. Illinois, E.D., No. 09 CR 830-HDL