CUAUHTEMOC ORTEGA (Bar No. 257443)
Interim Federal Public Defender
DAVID I. WASSERMAN (Bar, No. 275987)
(E-Mail: David_Wasserman@fd.org)
Deputy Federal Public Defender
ANGELA C. C. VIRAMONTES (Bar No. 228228)
(E-Mail: Angela_Viramontes@fd.org)
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
MARK DOMINGO

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 19-00313-SVW |
| Plaintiff, | |
| v. | **EX PARTE APPLICATION TO FILE UNDER SEAL; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF COUNSEL** |
| MARK DOMINGO, | |
| Defendant. | |

Defendant Mark Domingo, by and through his attorneys of record, Deputy Federal Public Defenders David I. Wasserman and Angela C. C. Viramontes, hereby applies *ex parte* to the Court for an order that the memorialized statements proffered submitted per the Court's July 13, 2020, Order be filed *under seal*.

//
//
//
//
//

This *ex parte* application is based upon the attached memorandum of points and authorities, the declaration of David. I. Wasserman, the files and records in this case, and such further information as may be provided to the Courts regarding this application.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Interim Federal Public Defender

DATED: June 17, 2020           By  /s/ David I. Wasserman
                               DAVID I. WASSERMAN
                               Deputy Federal Public Defender
                               Attorney for Mark Domingo

**MEMORANDUM OF POINTS AND AUTHORITIES**

A court has supervisory powers over its records and files to seal documents under appropriate circumstances. See *United States v. Mann,* 829 F.2d 849, 853 (9th Cir. 1987). Mr. Domingo requests that the Court seal the proffered documents because the contents contains sensitive information as outlined in the protective order issued in this case (Dkt. 32), as well as sensitive medical information regarding Mr. Domingo. The Court has previously sealed documents in this case containing both of the aforementioned categories of information.

Based on the foregoing, the defense respectfully requests that the proffered documents be filed *under seal*.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Interim Federal Public Defender

DATED: June 17, 2020   By */s/ David I. Wasserman*
DAVID I. WASSERMAN
Deputy Federal Public Defender
Attorney for Mark Domingo

## DECLARATION OF DAVID I. WASSERMAN

I, David I. Wasserman, hereby state and declare as follows:

1.  I am an attorney with the Office of the Federal Public Defender for the Central District of California. I am licensed to practice law in the State of California and I am admitted to practice in this Court.

2.  On July 13, 2020, this Court ordered Mr. Domingo to file with the Court specific excerpts of statements it intends to offer at trial pursuant to Fed. R. Evid. 803(3) and 803(4). The specific documents filed as exhibits pursuant to the Court's Order contain sensitive information, as outlined in the protective order entered by this Court on July 8, 2019 (Dkt. 32), as well as sensitive medical information related to Mr. Domingo. The Court has previously sealed documents in this case containing both of the aforementioned categories of information.

3.  I contacted Reema El-Amamy and David T. Ryan, the Assistant United States Attorneys on this matter, regarding the government's position on the instant application. They informed me that the government has no objection to the proffered documents being filed *under seal*.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATE: June 17, 2020            */s/ David I. Wasserman*
                               DAVID I. WASSERMAN