NICOLA T. HANNA
United States Attorney
CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division
REEMA M. EL-AMAMY (Cal. Bar No. 237743)
DAVID T. RYAN (Cal Bar No. 295785)
Assistant United States Attorneys
Terrorism and Export Crimes Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0552/4491
    Facsimile: (213) 894-2979
    E-mail:    reema.el-amamy@usdoj.gov
              david.ryan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 19-0313-SVW |
| Plaintiff, | |
| v. | GOVERNMENT'S MISCELLANEOUS FILING |
| MARK STEVEN DOMINGO, | |
| Defendant. | |

    The United States of America, by and through its undersigned counsel of record, hereby files its Miscellaneous filing.

//

//

//

//

This filing is based on the files and records in this case, and any further evidence or argument the Court may allow.

Dated: July 17, 2020               Respectfully submitted,

                                          NICOLA T. HANNA
                                        United States Attorney

                                        CHRISTOPHER D. GRIGG
                                        Assistant United States Attorney
                                        Chief, National Security Division

                                              /s/
                                        REEMA M. EL-AMAMY
                                        DAVID T. RYAN
                                        Assistant United States Attorney

                                        Attorneys for Plaintiff
                                        UNITED STATES OF AMERICA

i

The government's proposed expert has testified in the following matters: United States v. Bell, CR. No. 13-141 (Tampa, Florida); United States v. Robertson, CR No. 11-277 (Orlando, Florida); United States v. Elhuzayel/Badawi, CR No. 15-60(A)-DOC (Central District of California); United States v. Khweis, CR No. 16-143 (Eastern District of Virginia); and United States v. Salman, CR No. 17-18 (Tampa, Florida).