UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – GENERAL**

Case No.     2:19-cr-00313-SVW                                                Date: November 19, 2020

Present: The Honorable:        Stephen V. Wilson, U.S. District Judge

Interpreter        NA

| Paul M. Cruz | N/A | N/A |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| Mark Steven Domingo | | X | | N/A | | | |

**Proceedings:**  IN CHAMBERS ORDER UNSEALING [176].

        The Court determined that, in issuing Dkt. 176, the Court inadvertently filed the document under seal. Accordingly, pursuant to its supervisory powers, *see United States v. Mann*, 829 F.2d 849, 853 (9th Cir. 1987), the Court hereby ORDERS that Dkt. 176 be unsealed.

        IT IS SO ORDERED.

                                                                                                  :
                                                            Initials of Deputy Clerk  _____PMC_____