Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 19-313-SVW |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| MARK STEVEN DOMINGO, | |
| Defendant. | |

The Court has read and considered the Stipulation to Continue the Date to File Proposed Jury Instructions, filed by the parties in this matter on July 1, 2021. The proposed jury instructions shall be filed no later than July 9, 2021.

IT IS SO ORDERED.

July 6, 2021
DATE                                                    UNITED STATES DISTRICT JUDGE