1          UNITED STATES DISTRICT COURT

2          CENTRAL DISTRICT OF CALIFORNIA

3                    ---

4      HONORABLE STEPHEN V. WILSON, JUDGE PRESIDING

5                    ---

6

7

8    **UNITED STATES OF AMERICA,**        )
                                           )
9                                          )
                                           )
10                   Plaintiff        )
                                      ) **CR NO. 19-313**
11          VS                        )
                                      )
12    **MARK STEVEN DOMINGO,**             )
                                      )
13                                    )
                     Defendant        )
14   _____)

15

16          Reporter's Transcript of Proceedings
                   **STATUS CONFERENCE**
17            Los Angeles, California
                 **TUESDAY, JULY 6, 2021**
18                    **3:09 P.M.**

19

20

21

22

23

24          ANNE KIELWASSER, CRR, RPR, CSR
            Federal Official Court Reporter
            **UNITED STATES DISTRICT COURT**
25          **CENTRAL DISTRICT OF CALIFORNIA**
             anne.kielwasser@gmail.com

```
1                       A P P E A R A N C E S

2

3    ON BEHALF OF THE UNITED STATES OF AMERICA:

4    REEMA M EL-AMAMY
     DAVID T RYAN
5    AUSA- Office of US Attorney
     Terrorism and Export Crimes Section
6    312 North Spring Street 15th Floor
     Los Angeles, CA 90012
7    213-894-0552
     Fax:  213-894-0141
8    E-mail:  Reema.el-amamy@usdoj.gov

9

10

11

12
     ON BEHALF OF THE DEFENDANT:
13
     DAVID ISRAEL WASSERMAN
14   Federal Public Defenders Office
     321 East 2nd Street
15   Los Angeles, CA 90012-4202
     213-894-2854
16   Fax:  213-894-0081
     E-mail:  David_Wasserman@fd.org
17

18   LISA SHINAR LABARRE
     Federal Public Defenders Office
19   321 East 2nd Street
     Los Angeles, CA 90012-4202
20   213-894-1476
     Fax:  213-894-0081
21   E-mail:  Lisa_Labarre@fd.org

22

23

24

25
```

**TUESDAY, JULY 6, 2021**                                      **3:09 P.M.**

                                  ~ ~ ~

                          STATUS CONFERENCE

                                  ~ ~ ~

**COURT CLERK:**  Item 3.  CR 19-313.  United States of America versus Mark Steven Domingo.

Counsel, please state your appearances for the record.

**MS. EL-AMAMY:**  Good afternoon, Your Honor.  Reema El-Amamy and David Ryan on behalf of the United States.  And I apologize we were not in court.

**MR. WASSERMAN:**  Good afternoon, Your Honor.  David Wasserman and Lisa LaBarre for Mr. Domingo who is present before the court in custody.

**THE COURT:**  Let me ask you Mr. Wasserman and --

Who is the other counsel?

**MR. WASSERMAN:**  Lisa LaBarre.

**THE COURT:**  LaBarre.

Are you vaccinated, both of you?

**MS. LaBARRE:**  I am.

**MR. WASSERMAN:**  Yes.

**THE COURT:**  Unless you have some reason, it will be helpful if you lowered your mask, because I can't hear you.

**MR. WASSERMAN:**  Very well, Your Honor.

| | | |
|---|---|---|
| 15:10:58 | 1 | **THE COURT:**  Are you vaccinated, sir? |
| 15:11:01 | 2 | **MR. RYAN:**  Yes, Your Honor. |
| 15:11:01 | 3 | **THE COURT:**  All right, then, you can lower your |
| 15:11:04 | 4 | masks. |
| 15:11:05 | 5 | The reason for this conference is, first of |
| 15:11:10 | 6 | all, I want to ask the government, with regard to the ex |
| 15:11:18 | 7 | parte matter, with regard to the legal issue, is there any |
| 15:11:26 | 8 | reason why I can't discuss that?  In other words, that |
| 15:11:30 | 9 | doesn't get into any privilege matter. |
| 15:11:35 | 10 | **MS. EL-AMAMY:**  Yes, Your Honor, if the Court would |
| 15:11:37 | 11 | just not disclose the underlying facts, but I think that we |
| 15:11:42 | 12 | can discuss -- |
| 15:11:43 | 13 | **THE COURT:**  Okay, the ex parte motion was for the |
| 15:11:47 | 14 | government to turn over some discovery to the defendant, and |
| 15:12:01 | 15 | in order to excise certain references, it had to pass certain |
| 15:12:19 | 16 | procedural requirements.  And the government indicated that |
| 15:12:33 | 17 | the procedures were approved by the acting assistant |
| 15:12:40 | 18 | secretary -- assistant director of the branch of the FBI and |
| 15:12:48 | 19 | maybe some other similarly situated person, and the |
| 15:12:54 | 20 | government candidly did reveal the difference in the view of |
| 15:13:06 | 21 | the circuits as to whether someone with that level of |
| 15:13:11 | 22 | authority could approve the disclosures and the way in which |
| 15:13:23 | 23 | certain matters were excised, and there were some circuits |
| 15:13:32 | 24 | which would approve the procedure the government used. |
| 15:13:38 | 25 | But the Ninth Circuit case that the |

| | | |
|---|---|---|
| 15:13:42 | 1 | government did point out is, at least to my view, somewhat |
| 15:13:52 | 2 | unclear; but if there is any clarity to it, it's that it |
| 15:14:03 | 3 | requires the Attorney General, and -- so that therefore I |
| 15:14:12 | 4 | didn't approve the procedure, and I wanted to get the update |
| 15:14:20 | 5 | on that. |
| 15:14:21 | 6 | And I also wanted to get the parties' |
| 15:14:25 | 7 | position regarding the undercover agent who was on the |
| 15:14:39 | 8 | telephone conferences with the defendant, and the |
| 15:14:45 | 9 | government's position is that that person cannot testify; is |
| 15:14:51 | 10 | that correct? |
| 15:14:53 | 11 | **MS. EL-AMAMY:**  No, Your Honor, the undercover |
| 15:14:57 | 12 | agent will be testifying in this case, but he'll be |
| 15:15:00 | 13 | testifying under a false name. |
| 15:15:02 | 14 | **THE COURT:**  I see.  Oh, I misunderstood. |
| 15:15:07 | 15 | So, will his identity -- will his appearance |
| 15:15:10 | 16 | be changed, or is it just identity? |
| 15:15:12 | 17 | **MS. EL-AMAMY:**  He will have light disguise, and |
| 15:15:16 | 18 | his identity will be obviously hidden. |
| 15:15:20 | 19 | **THE COURT:**  I see.  All right.  Well, that |
| 15:15:20 | 20 | clarifies things.  I misunderstood that. |
| 15:15:24 | 21 | What about the -- |
| 15:15:26 | 22 | Well, let's stay on that topic for a minute. |
| 15:15:36 | 23 | Why is it relevant to the defense case to have that |
| 15:15:41 | 24 | undercover agent testify? |
| 15:15:44 | 25 | **MS. EL-AMAMY:**  I don't believe that the defense |

| | | |
|---|---|---|
| 15:15:46 | 1 | thinks that it's necessary, but we do. |
| 15:15:48 | 2 | THE COURT:  Oh, I see, you do.  So, let me ask |
| 15:15:53 | 3 | you.  Why do you? |
| 15:15:55 | 4 | MS. EL-AMAMY:  The undercover agent is going to be |
| 15:15:58 | 5 | one of the primary witnesses for the government's case, and |
| 15:16:02 | 6 | so he will be explaining a lot of the conversations that he |
| 15:16:05 | 7 | had with defendant leading up to the date of the arrest. |
| 15:16:09 | 8 | THE COURT:  But -- |
| 15:16:14 | 9 | Would you take the lectern? |
| 15:16:17 | 10 | MS. EL-AMAMY:  Sure. |
| 15:16:18 | 11 | THE COURT:  You're Ms. El -Amamy, right? |
| 15:16:21 | 12 | MS. EL-AMAMY:  Yes, Your Honor. |
| 15:16:22 | 13 | THE COURT:  My understanding was that the |
| 15:16:25 | 14 | undercover agent recorded every contact he had with the |
| 15:16:34 | 15 | defendant; is that true? |
| 15:16:35 | 16 | MS. EL-AMAMY:  That's correct. |
| 15:16:37 | 17 | THE COURT:  There was never a time when he had any |
| 15:16:39 | 18 | contact with the defendant that wasn't recorded. |
| 15:16:41 | 19 | MS. EL-AMAMY:  Correct. |
| 15:16:42 | 20 | THE COURT:  So, what does he have to explain? |
| 15:16:49 | 21 | MS. EL-AMAMY:  I think that he would probably |
| 15:16:51 | 22 | explain his demeanor, the defendant's demeanor and attitude |
| 15:16:56 | 23 | towards him. |
| 15:16:57 | 24 | THE COURT:  Well, let me stop for a moment because |
| 15:17:01 | 25 | I want to make sure I have the backdrop. |

15:17:06  1          Most of the meetings were on the telephone.

15:17:08  2    There were some in-person meetings?  Is that what you're

15:17:11  3    saying?

15:17:11  4          **MS. EL-AMAMY:**  Yes, where the contacts were video

15:17:13  5    recorded.

15:17:14  6          **THE COURT:**  I see.  So, if they were video

15:17:16  7    recorded, do you intend to play the videos?

15:17:20  8          **MS. EL-AMAMY:**  Yes, Your Honor.  Portions of them.

15:17:23  9          **THE COURT:**  Why then would the agent have to

15:17:26  10   narrate them?

15:17:28  11         **MS. EL-AMAMY:**  Well, there are some facts that

15:17:31  12   aren't recorded necessarily, that the undercover took to

15:17:35  13   further make himself look credible to the defendant,

15:17:37  14   including burning his hand to make it look like he had been

15:17:42  15   constructing a bomb.  Those things wouldn't be on the video

15:17:45  16   themselves, but the agent would have to explain the steps

15:17:47  17   that he took.

15:17:50  18         **THE COURT:**  Well, I mean how does that relate to

15:17:54  19   the case?  I mean, the case is -- at least as I understand

15:17:58  20   it -- almost exclusively about entrapment.

15:18:04  21         **MS. EL-AMAMY:**  In the defendant's view, yes.

15:18:06  22         **THE COURT:**  Well, I mean, the jury could decide

15:18:12  23   the case any way they see fit given the law; but what was

15:18:21  24   said, unless it was a farce of some kind, seems pretty

15:18:33  25   self-evident.  I don't think the defense is going to argue

15:18:37  1    that these conversations were said.

15:18:42  2              I think their position is that when it came

15:18:46  3    to the important part of the case, that is, the bomb, the use

15:18:59  4    of a bomb, that that was induced.

15:19:01  5              Isn't that correct?  Isn't that what the

15:19:05  6    defense is going to do?

15:19:06  7         MR. WASSERMAN:  Essentially, Your Honor.

15:19:07  8         THE COURT:  Yeah.  So, I mean, if he says he

15:19:12  9    burned his hand to make it look more real, that's just sort

15:19:16  10   of what the undercover agent was doing all along.  He was

15:19:26  11   play-acting all along.  There is no disagreement about that.

15:19:29  12        MS. EL-AMAMY:  I understand your point, Your

15:19:30  13   Honor.  I think that there is --

15:19:32  14             There are two undercovers in the case.

15:19:34  15        THE COURT:  Well, I know, the second one is

15:19:36  16   different.

15:19:36  17        MS. EL-AMAMY:  Right.

15:19:37  18        THE COURT:  That's the -- I think that's the FBI

15:19:40  19   agent who actually claimed to be the bomb maker and brought

15:19:44  20   this fake bomb on the Friday before the Saturday, correct?

15:19:47  21        MS. EL-AMAMY:  Correct.

15:19:49  22        THE COURT:  And then they placed it -- or he

15:19:53  23   placed it in his car, and they arrested him.

15:19:56  24        MS. EL-AMAMY:  Correct.

15:19:56  25        THE COURT:  So, that's a different story.  I mean,

| | | |
|---|---|---|
| 15:20:00 | 1 | that -- |
| 15:20:02 | 2 | Was that videotaped? |
| 15:20:07 | 3 | MS. EL-AMAMY:  The arrest itself? |
| 15:20:07 | 4 | THE COURT:  Yes. |
| 15:20:08 | 5 | MS. EL-AMAMY:  It was not videotaped. |
| 15:20:10 | 6 | Immediately, right before, when he was taking custody of the |
| 15:20:15 | 7 | bomb, that was videotaped. |
| 15:20:19 | 8 | THE COURT:  So, everything was videotaped. |
| 15:20:20 | 9 | MS. EL-AMAMY:  Yes, Your Honor. |
| 15:20:22 | 10 | THE COURT:  So, why can't the witness add to what |
| 15:20:24 | 11 | is either on the tape -- videotape or the recorder? |
| 15:20:34 | 12 | MS. EL-AMAMY:  So, there are portions of the |
| 15:20:36 | 13 | events that night that were only audio recorded.  For |
| 15:20:40 | 14 | example, the long reconnaissance mission that defendant took |
| 15:20:47 | 15 | everyone on to identify where to put the bomb while playing |
| 15:20:49 | 16 | his Nasheeds.  The UC would be able to provide additional |
| 15:20:55 | 17 | testimony beyond the lengthy recording where the defendant |
| 15:20:58 | 18 | is, for example, trying to find a location by masks, pointing |
| 15:21:02 | 19 | out different areas where the most deaths would be caused, |
| 15:21:07 | 20 | things like that. |
| 15:21:07 | 21 | THE COURT:  I see.  So, it would be brief. |
| 15:21:11 | 22 | MS. EL-AMAMY:  Yes, Your Honor. |
| 15:21:13 | 23 | THE COURT:  And what is the status of this -- the |
| 15:21:16 | 24 | turnover of this further discovery? |
| 15:21:20 | 25 | MS. EL-AMAMY:  So, this relates to the CHS at this |

| | | |
|---|---|---|
| 15:21:23 | 1 | point.  In terms of procedure -- |
| 15:21:26 | 2 | THE COURT:  What is CHS? |
| 15:21:28 | 3 | MS. EL-AMAMY:  The confidential human source. |
| 15:21:28 | 4 | THE COURT:  Oh, I see. |
| 15:21:31 | 5 | MS. EL-AMAMY:  In terms of procedure, our office |
| 15:21:33 | 6 | has notified -- |
| 15:21:35 | 7 | THE COURT:  Is there a reason why we now use -- |
| 15:21:38 | 8 | use this modern terminology, CHS?  People don't call them |
| 15:21:47 | 9 | "informant" anymore? |
| 15:21:47 | 10 | MS. EL-AMAMY:  I found that every agency uses a |
| 15:21:50 | 11 | different term.  The FBI is very particular about calling |
| 15:21:52 | 12 | them CHS? |
| 15:21:54 | 13 | THE COURT:  Why? |
| 15:21:54 | 14 | MS. EL-AMAMY:  I don't know, Your Honor.  I've had |
| 15:21:56 | 15 | to be corrected myself many times. |
| 15:21:59 | 16 | THE COURT:  Confidential human source. |
| 15:22:03 | 17 | MS. EL-AMAMY:  Uh-huh. |
| 15:22:04 | 18 | THE COURT:  Confidential human source.  All right. |
| 15:22:08 | 19 | MS. EL-AMAMY:  Our office has notified management |
| 15:22:12 | 20 | at the National Security division about the Court's position |
| 15:22:17 | 21 | regarding the Attorney General.  This matter will be taken to |
| 15:22:20 | 22 | the Attorney General. |
| 15:22:21 | 23 | THE COURT:  We'll have Mr. Garland -- he's not |
| 15:22:25 | 24 | deciding cases anymore, so he has a lot of time to sign |
| 15:22:28 | 25 | orders. |

15:22:29  1          **MS. EL-AMAMY:**  They understand what our schedule

15:22:31  2   is, and we will be calling them --

15:22:33  3          **THE COURT:**  One of the reasons that I noticed this

15:22:36  4   hearing is I don't want any delays because the case is going

15:22:39  5   forward August 3rd.

15:22:41  6          **MS. EL-AMAMY:**  Your Honor, depending on the

15:22:44  7   Court's ruling, there may be the possibility of an

15:22:47  8   interlocutory appeal.

15:22:50  9          **THE COURT:**  Really.  On what?

15:22:51 10          **MS. EL-AMAMY:**  On the ex parte filing.

15:22:54 11          **THE COURT:**  Well, I mean, you can do that.  I

15:22:59 12   mean, the law is unclear.

15:23:01 13          Why are you making such a big deal about it?

15:23:04 14   I mean, the President of the United States and the Attorney

15:23:08 15   General sign things like this every day for hours.  What's

15:23:12 16   another thing for him to sign?

15:23:14 17          **MS. EL-AMAMY:**  And I don't think that --

15:23:16 18          It's not that -- a matter of signing it.  And

15:23:18 19   we are working as quickly as possible to get him to sign it.

15:23:22 20   The issue is, with these particular FBI employees, there are

15:23:31 21   sensitivities that go with them, far beyond a typical drug or

15:23:35 22   gang case, which is what I've worked on most of my career.

15:23:39 23          This is the first case where --

15:23:42 24          **THE COURT:**  I don't understand it.  I mean, I

15:23:45 25   understand the issue to be is whether the assistant --

UNITED STATES DISTRICT COURT

15:23:48  1   whether the acting assistant director of the FBI can approve

15:23:52  2   the turnover with the excisions or whether the Attorney

15:23:58  3   General has to.

15:23:59  4             **MS. EL-AMAMY:**  And, Your Honor was correct, the

15:24:01  5   Attorney General is going to do that in this case.

15:24:03  6             **THE COURT:**  So, what is the interlocutory appeal

15:24:06  7   about?

15:24:06  8             **MS. EL-AMAMY:**  If the Court denies our motion,

15:24:09  9   there is the possibility for --

15:24:11  10             **THE COURT:**  Deny what motion?

15:24:13  11             **MS. EL-AMAMY:**  The ex parte motion that was filed

15:24:15  12   in camera.

15:24:16  13             **THE COURT:**  I probably won't deny it.  I mean, in

15:24:19  14   other words, the motion dealt with your right to make

15:24:24  15   excisions.

15:24:26  16             **MS. EL-AMAMY:**  Correct.

15:24:29  17             **THE COURT:**  Yeah, I -- it seemed reasonable to me.

15:24:33  18   I don't know why I would deny that.  I was concerned about

15:24:37  19   the procedure.

15:24:38  20             **MS. EL-AMAMY:**  The government is working --

15:24:41  21             **THE COURT:**  I'll have to take another look at it

15:24:46  22   but --

15:24:46  23             **MS. EL-AMAMY:**  All right.

15:24:47  24             **THE COURT:**  All right, I now better understand it.

15:24:49  25   Okay.

15:24:49  1      **MS. EL-AMAMY:**  In terms of the status of

15:24:51  2  discovery, so, we've produced a significant amount.  I think

15:24:55  3  the defense will probably argue that they want more or that

15:25:01  4  they're entitled to more.  There is also the issue of them

15:25:04  5  wanting to subpoena the informant to testify.  We are working

15:25:09  6  on accepting service of that subpoena and anticipate that we

15:25:15  7  will accept service tomorrow.

15:25:16  8      **THE COURT:**  So, the defense does want to call the

15:25:23  9  informant.

15:25:24  10     **MS. EL-AMAMY:**  The defense does want to call the

15:25:26  11  informant.

15:25:27  12     **THE COURT:**  I understood that differently a few

15:25:28  13  moments ago.  I thought it was the government who wanted to

15:25:29  14  call --

15:25:29  15     **MS. EL-AMAMY:**  No, no.  The government only wants

15:25:31  16  to call the undercovers.  We do not --

15:25:35  17     **THE COURT:**  Oh, the -- Oh, okay.  It's my error.

15:25:38  18  The "informant," meaning, someone who started the case going?

15:25:43  19     **MS. EL-AMAMY:**  So, the individual who started the

15:25:45  20  case going was the FBI agent who was undercover online.

15:25:51  21     **THE COURT:**  That was a different --

15:25:53  22          I mean, it's been a while since I've had to

15:25:56  23  address the issues, but -- so -- okay, now I better remember

15:26:01  24  it.  There was an FBI agent online who was listening to the

15:26:05  25  chatter.

| | | |
|---|---|---|
| 15:26:07 | 1 | **MS. EL-AMAMY:**  Right.  She was online |
| 15:26:08 | 2 | investigating someone completely different than the |
| 15:26:12 | 3 | defendant; and based on the defendant's own statements that |
| 15:26:15 | 4 | were incredibly troubling, they started communicating. |
| 15:26:18 | 5 | **THE COURT:**  I see. |
| 15:26:20 | 6 | **MS. EL-AMAMY:**  Then the FBI undercover agent |
| 15:26:24 | 7 | introduced the informant. |
| 15:26:27 | 8 | **THE COURT:**  When the -- |
| 15:26:30 | 9 | Let's see.  You're saying the FBI agent who |
| 15:26:33 | 10 | was lining to the chatter -- |
| 15:26:36 | 11 | **MS. EL-AMAMY:**  Uh-huh. |
| 15:26:37 | 12 | **THE COURT:**  -- you're calling that person "the |
| 15:26:39 | 13 | informant"? |
| 15:26:40 | 14 | **MS. EL-AMAMY:**  No.  So, there is -- |
| 15:26:42 | 15 | We call it the OCE and the UCE.  So, one is |
| 15:26:47 | 16 | an online employee and one is an undercover -- |
| 15:26:51 | 17 | **THE COURT:**  So, the FBI agent is listening to |
| 15:26:57 | 18 | chatter on some Internet sites that the defendant or others |
| 15:27:06 | 19 | thought were secure, and then when the FBI agent hears this, |
| 15:27:15 | 20 | that begins the insertion of the confidential human source. |
| 15:27:23 | 21 | **MS. EL-AMAMY:**  Correct. |
| 15:27:24 | 22 | **THE COURT:**  And so who does the plaintiff want to |
| 15:27:28 | 23 | call? |
| 15:27:29 | 24 | **MS. EL-AMAMY:**  We plan on calling the online |
| 15:27:32 | 25 | employee and the undercover -- |

15:27:36  1          **THE COURT:**  Who is the online employee?  Is that

15:27:37  2  the FBI agent?

15:27:39  3          **MS. EL-AMAMY:**  They're both FBI agents, but the

15:27:41  4  one who was online listening to the chatter, and the one that

15:27:45  5  helped build the bomb.  So we plan on calling those two

15:27:47  6  individuals.

15:27:50  7          **THE COURT:**  The one who built the bomb, he comes

15:27:52  8  to the house on the Friday, it seems that that may be a live

15:27:57  9  testimony.  But what about the FBI agent who listened to the

15:28:00 10  chatter?

15:28:01 11          **MS. EL-AMAMY:**  Yes, so, she's one of our first

15:28:03 12  witnesses.  She will describe how she wasn't even interested

15:28:07 13  in the defendant until he started making this statements.

15:28:10 14  She was there on a completely different assignment.

15:28:14 15          **THE COURT:**  I see.  So, let me turn to the defense

15:28:16 16  now, Mr. Wasserman.  Do you want to call the -- I'll call it

15:28:28 17  the -- I don't want these descriptions, so, I'll just use old

15:28:34 18  fashioned terms -- the FBI agent who was listening to the

15:28:39 19  chatter.  Do you want to call that witness?

15:28:43 20          **MR. WASSERMAN:**  Your Honor, I don't think that we

15:28:45 21  would have an objection calling that person.  Our main

15:28:48 22  concern is the informant, that middle person.

15:28:50 23          **THE COURT:**  Who is the middle person?

15:28:52 24          **MR. WASSERMAN:**  It's their confidential human

15:28:56 25  source.

15:28:57  1          THE COURT:  But that is the person who was talking

15:28:59  2   to the --

15:28:59  3          MR. WASSERMAN:  The person who's in the videos --

15:29:00  4          THE COURT:  Well -- but apparently there is no

15:29:03  5   objection to your calling him.

15:29:09  6          MR. WASSERMAN:  I think that may be the case, but

15:29:12  7   I'm not sure if the government agrees with that.

15:29:15  8          THE COURT:  Do you agree with that?  I'm getting

15:29:17  9   confused here.

15:29:18  10          MR. WASSERMAN:  It's because there's --

15:29:18  11              So, basically, it goes like this, Your Honor,

15:29:20  12   if I might, just briefly.

15:29:22  13              There is this online employee.  That online

15:29:25  14   employee introduces Mr. Domingo to the confidential human

15:29:29  15   source, the informant.

15:29:31  16          THE COURT:  When you say the "online employee," is

15:29:33  17   that the FBI agent?

15:29:35  18          MR. WASSERMAN:  Yes.  There's two FBI agents --

15:29:37  19          THE COURT:  Well, let's call them what they are,

15:29:41  20   "online" or "offline" or OCD" and --

15:29:44  21              Just tell me who they are.

15:29:45  22          MR. WASSERMAN:  All right.  So, there is the

15:29:46  23   person who is listening to the chatter on the Internet --

15:29:49  24          THE COURT:  That's the FBI agent.

15:29:51  25          MR. WASSERMAN:  That's an FBI agent.  That FBI

15:29:54  1    agent then introduces Mr. Domingo to a confidential human

15:29:58  2    source, an informant, not an FBI agent but an informant.

15:30:02  3         THE COURT:  And that person is not an FBI agent.

15:30:04  4         MR. WASSERMAN:  Correct.  And that's who defense

15:30:06  5    wants to call.

15:30:06  6         THE COURT:  I'm understanding that --

15:30:09  7              That was one of the reasons I wanted to have

15:30:11  8    this hearing.  I thought that -- unless I misunderstood --

15:30:14  9    the government said that that person would testify under a

15:30:17  10   different name with some slight modification.  Is that true?

15:30:23  11        MS. EL-AMAMY:  No.  If that informant is called by

15:30:28  12   the defense, they will be testifying under a different name,

15:30:32  13   and they will have a light disguise.

15:30:35  14             What the government's position is, is that we

15:30:38  15   are not going to provide the name and identifying information

15:30:42  16   to the defense for them to do their own investigation of this

15:30:46  17   informant and his family and his background.

15:30:49  18        THE COURT:  Well, I intend to agree with that in

15:30:53  19   light of what I know.  So, you know, there is a balancing of

15:30:59  20   interests here.  And since everything is on tape and video,

15:31:15  21   there is a possible reason why that person isn't even

15:31:23  22   necessary, but if you want to call that person under these

15:31:28  23   circumstances, I think you can.

15:31:31  24        MR. WASSERMAN:  Thank you, Your Honor.

15:31:34  25        THE COURT:  So, we dealt with a lot of the other

15:31:41  1    issues in the previous order.  I remember this was some time

15:31:46  2    ago, reading the transcripts, of the conversations.  It

15:31:57  3    doesn't appear to me -- it's certainly an important trial,

15:32:02  4    but it doesn't appear to me to be a terribly lengthy trial.

15:32:09  5                What's the government's estimate?

15:32:10  6         MS. EL-AMAMY:  The government is working to put

15:32:12  7    this on as quickly as possible, and we believe we can do it

15:32:17  8    in a week and a half.

15:32:18  9         THE COURT:  You're not going to have a week and a

15:32:20  10   half.

15:32:20  11        MS. EL-AMAMY:  Okay.

15:32:21  12        THE COURT:  That's out of the question.  I know

15:32:23  13   the case.  I know what's involved in the case, and it's not

15:32:26  14   going to be a week and a half.  I mean, there are --

15:32:34  15                I read the transcript, and that can be

15:32:40  16   edited.

15:32:41  17        MS. EL-AMAMY:  We're in the process of --

15:32:43  18        THE COURT:  And, I mean, to me, and of course I'm

15:32:56  19   not the jury, it comes down to certain discreet

15:33:02  20   conversations.  It comes down to -- my recollection may be

15:33:06  21   temporarily faulty, but there was a conversation about the --

15:33:12  22                I'm not sure who suggested that being a -- a

15:33:16  23   rally in Long Beach?  Was it the defendant --

15:33:18  24        MS. EL-AMAMY:  The defendant --

15:33:20  25        THE COURT:  -- or the informant?

15:33:21  1          **MS. EL-AMAMY:**  The defendant picked the location

15:33:23  2   and the date.

15:33:26  3          **THE COURT:**  Okay.  So, then -- this is just in

15:33:28  4   rough terms -- the defendant had, allegedly, his AK-47s, and

15:33:34  5   that's what he wanted to use, and I thought that came in some

15:33:41  6   portion of the transcript where the FBI -- the informant said

15:33:48  7   something about a bomb being better, something like that; is

15:33:52  8   that true?

15:33:52  9          **MS. EL-AMAMY:**  So, what the defendant or the

15:33:55  10  informant did was provide the opportunity.  The informant

15:33:58  11  said that he knew an individual that could build a bomb --

15:34:02  12         **THE COURT:**  Okay, and you can describe it as you

15:34:05  13  wish, but essentially, the --

15:34:09  14             I don't remember the defendant ever talking

15:34:12  15  about a bomb until the informant mentioned something about a

15:34:16  16  bomb.  Am I wrong on that?

15:34:18  17         **MS. EL-AMAMY:**  You are wrong, Your Honor.  There

15:34:21  18  is a pending motion before the Court regarding this

15:34:23  19  defendant's previous inclination to use weapons of mass

15:34:28  20  destruction.

15:34:28  21         **THE COURT:**  So, you're saying not on these -- not

15:34:32  22  on the tapes, the transcripts that I have read, there isn't

15:34:43  23  a -- or is there -- mentioned by the defendant of using a

15:34:50  24  bomb in Long Beach?

15:34:54  25         **MS. EL-AMAMY:**  Not in Long Beach because the rally

| | | |
|---|---|---|
| 15:34:57 | 1 | hadn't been -- |
| 15:34:58 | 2 | **THE COURT:**  So, when -- but on the transcript does |
| 15:35:00 | 3 | he talk about a bomb anyplace? |
| 15:35:04 | 4 | **MS. EL-AMAMY:**  Prior to the March 18th meeting |
| 15:35:07 | 5 | with the CHS? |
| 15:35:08 | 6 | **THE COURT:**  Yes. |
| 15:35:09 | 7 | **MS. EL-AMAMY:**  I'd have to look through his |
| 15:35:11 | 8 | chatters -- |
| 15:35:11 | 9 | **THE COURT:**  I don't remember anything about that. |
| 15:35:13 | 10 | Are you now suggesting that before there was any interplay |
| 15:35:18 | 11 | between the informant and the defendant, that in prior posts |
| 15:35:25 | 12 | or chatter, the defendant did talk about weapons of mass |
| 15:35:29 | 13 | destruction? |
| 15:35:30 | 14 | **MS. EL-AMAMY:**  Yes. |
| 15:35:31 | 15 | **THE COURT:**  That's what you're referring to. |
| 15:35:33 | 16 | **MS. EL-AMAMY:**  Yes. |
| 15:35:34 | 17 | **THE COURT:**  I see.  And what is that exactly? |
| 15:35:36 | 18 | **MS. EL-AMAMY:**  So, the earliest piece of evidence |
| 15:35:44 | 19 | comes from the defendant's own military experience.  He was |
| 15:35:46 | 20 | in the military, received extensive trainings regarding IEDs, |
| 15:35:54 | 21 | pressure cooker bombs and shrapnel that would go into |
| 15:35:55 | 22 | explosive devices.  He then wrote the names of his fellow |
| 15:35:59 | 23 | platoon members on not just ammunition but 40 millimeter |
| 15:36:03 | 24 | grenades to be used on a grenade launcher. |
| 15:36:03 | 25 | The fact that the defendant chose not just |

15:36:06   1   ammunitions but weapons of mass destruction, which is what a

15:36:09   2   40-millimeter grenade is, indicates this defendant's

15:36:14   3   predisposition to commit mass murder in --

15:36:17   4          THE COURT:  Let me refocus that.  I recall there

15:36:24   5   being motions in limine about that.

15:36:26   6          MS. EL-AMAMY:  This is a newly filed one, Your

15:36:29   7   Honor.

15:36:29   8          THE COURT:  When was this filed?

15:36:30   9          MS. EL-AMAMY:  This was filed a couple of weeks

15:36:32  10   ago.

15:36:32  11          THE COURT:  Has it been responded to?

15:36:34  12          MS. EL-AMAMY:  The reply was filed today.

15:36:36  13          THE COURT:  Okay.  All right, then, I'll address

15:36:37  14   that.  I'll issue an order promptly on that.

15:36:44  15          Give me a taste of your position on it.  I'll

15:36:49  16   certainly consider your position in depth, but the government

15:36:55  17   seems to be saying that the military -- the defendant talked

15:37:02  18   about some use of mass destruction with these artillery

15:37:07  19   shells.

15:37:07  20          MR. WASSERMAN:  Certainly, Your Honor.  I'll keep

15:37:11  21   it brief.

15:37:12  22          So, the government alleges that Mr. Domingo,

15:37:15  23   when he was in the military 2012-'13, around there, wrote the

15:37:21  24   names of the platoon members as well as a number of other

15:37:25  25   things on ammunition and on grenades.

15:37:28  1          This Court already exclude evidence of his

15:37:30  2   military conduct under 403.  The government re-raised the

15:37:34  3   issue because of the evidence about grenades.

15:37:37  4          The government indicates that grenades under

15:37:39  5   the US code are weapons of mass destruction.  They are not

15:37:43  6   weapons of mass destruction according to the Department of

15:37:46  7   Defense.  They also are not pressure cooker bombs.

15:37:50  8          More importantly, as the governmental

15:37:53  9   acknowledges in its reply that they filed today, and we filed

15:37:56  10  our opposition last week, Mr. Durango did not receive

15:38:00  11  extensive training on how to build what are improvised

15:38:04  12  explosive devices, which is what they're talking about;

15:38:07  13  instead, he received, primarily, training on how to spot them

15:38:11  14  in a war zone so that they would not come across them as

15:38:16  15  soldiers and be killed.

15:38:18  16         We don't think that evidence from so long

15:38:21  17  ago, that's not about building a bomb to be used in this

15:38:24  18  particular case or is not really about a bomb at all, is in

15:38:27  19  fact about grenades, is relevant to whether or not --

15:38:30  20         **THE COURT:**  I go it.

15:38:31  21         Let me ask this question.  Aside from this

15:38:38  22  2013 incident and the conversations between the informant and

15:38:51  23  the defendant, did any -- did the FBI agent who was listening

15:38:57  24  to the chatter hear the defendant talk about using a weapon

15:39:02  25  of mass destruction?

| | | |
|---|---|---|
| 15:39:05 | 1 | **MS. EL-AMAMY:**  Let me confer one second. |
| 15:39:09 | 2 | (Discussion off the record.) |
| 15:39:20 | 3 | **MR. RYAN:**  Yes, Your Honor.  The answer is yes. |
| 15:39:24 | 4 | **THE COURT:**  Okay, tell me if you can -- if you |
| 15:39:28 | 5 | remember when and in what context? |
| 15:39:29 | 6 | **MR. RYAN:**  In March and April of 2019.  In a group |
| 15:39:33 | 7 | chat online with other supporters of ISIS and related groups, |
| 15:39:36 | 8 | the defendant posted about the use by ISIS and related groups |
| 15:39:46 | 9 | of IEDs and car bombs in the Philippines and praised their |
| 15:39:48 | 10 | use of those weapons and said that if we use those weapons |
| 15:39:52 | 11 | here, it would be -- I'm summarizing:  If we used a -- |
| 15:39:56 | 12 | detonated an IBD here, it would be great and do so much |
| 15:39:59 | 13 | damage. |
| 15:40:00 | 14 | **THE COURT:**  Is that part of your motion? |
| 15:40:01 | 15 | **MS. EL-AMAMY:**  That is not part of the pending |
| 15:40:03 | 16 | motion.  What the pending motion relates to is defendant's |
| 15:40:07 | 17 | training and experience with respect to IEds. |
| 15:40:10 | 18 | **THE COURT:**  But why isn't what Mr. Ryan just said |
| 15:40:13 | 19 | more pertinent? |
| 15:40:16 | 20 | **MR. RYAN:**  Your Honor, I think our position is |
| 15:40:19 | 21 | that they're both pertinent.  His statements -- |
| 15:40:21 | 22 | **THE COURT:**  But apparently you're not relying on |
| 15:40:23 | 23 | that at all in your motion. |
| 15:40:24 | 24 | **MR. RYAN:**  The motion is specifically to admit the |
| 15:40:27 | 25 | testimony of this witness about the -- |

| | | |
|---|---|---|
| 15:40:30 | 1 | **THE COURT:**  But apparently you're intending to |
| 15:40:31 | 2 | offer the chatter testimony too. |
| 15:40:39 | 3 | **MR. RYAN:**  That's correct.  Our evidence of |
| 15:40:39 | 4 | predisposition -- |
| 15:40:39 | 5 | We have multiple pieces of evidence of |
| 15:40:43 | 6 | predisposition. |
| 15:40:43 | 7 | **THE COURT:**  Were you aware of this chatter |
| 15:40:46 | 8 | evidence? |
| 15:40:46 | 9 | **MR. WASSERMAN:**  Yes, I do recall this particular |
| 15:40:48 | 10 | post, although I think that the government's phrasing of it |
| 15:40:51 | 11 | and characterization is incorrect. |
| 15:40:56 | 12 | **THE COURT:**  Is it -- is there a transcript of |
| 15:40:58 | 13 | that? |
| 15:40:58 | 14 | **MS. EL-AMAMY:**  Yes, we can provide you with the |
| 15:41:00 | 15 | transcript. |
| 15:41:01 | 16 | **THE COURT:**  Well, what I would like to do -- |
| 15:41:04 | 17 | I think that should be part of the motion. |
| 15:41:07 | 18 | And I'll give each side to the end of the week to elaborate |
| 15:41:25 | 19 | on why that shouldn't be considered or it should be |
| 15:41:33 | 20 | considered in terms of its indication of the defendant -- |
| 15:41:45 | 21 | defendant's predisposition to use a weapon of mass |
| 15:41:49 | 22 | destruction.  And then I'll have the whole picture. |
| 15:41:53 | 23 | **MS. EL-AMAMY:**  Thank you. |
| 15:41:56 | 24 | **THE COURT:**  All right.  Get Attorney General |
| 15:42:01 | 25 | Garland to sign that, and -- |

15:42:06  1                    I think you're anxious to try the case, too,

15:42:09  2    aren't you, Mr. Wasserman?

15:42:10  3              **MR. WASSERMAN:**  Absolutely, Your Honor.

15:42:13  4              **THE COURT:**  Your client seems ready.

15:42:15  5              **MR. WASSERMAN:**  Yes, Your Honor.

15:42:18  6              **THE COURT:**  All right, thank you.  That's --

15:42:19  7              **MR. WASSERMAN:**  Your Honor, just one more thing,

15:42:21  8    if I might.  Just that I believe we have a status conference

15:42:24  9    or a motions hearing next week.  We would just ask that

15:42:30  10   Mr. Domingo be permitted to waive his presence.

15:42:34  11             **THE COURT:**  All right.  He can waive his presence.

15:42:36  12             **MR. WASSERMAN:**  Thank you, Your Honor.

15:42:38  13             **THE COURT:**  Ask him on the record if he

15:42:40  14   understands that.

15:42:41  15             **MR. WASSERMAN:**  Mr. Domingo, do you understand

15:42:42  16   that you would be waiving your presence at next week's motion

15:42:46  17   hearing?

15:42:46  18             **THE DEFENDANT:**  Yes.

15:42:48  19             **MR. WASSERMAN:**  Do you want to waive your

15:42:49  20   presence?

15:42:50  21             **THE DEFENDANT:**  Yes.

15:42:51  22             **THE COURT:**  All right, thank you.

15:42:51  23             **MR. WASSERMAN:**  Thank you, Your Honor.

15:42:52  24             **THE COURT:**  That's it.

15:42:54  25                    (Proceedings concluded.)

1                    C E R T I F I C A T E

2    I hereby certify that the foregoing is a true and correct

3    transcript of the stenographically recorded proceedings in

4    the above matter.

5    Fees charged for this transcript, less any circuit fee

6    reduction and/or deposit, are in conformance with the

7    regulations of the judicial conference of the united states.

8

9

10   /S/Anne Kielwasser

11   _____          7/7/2021
     Anne Kielwasser, CSR, RPR           Date
12   Official Court Reporter

13

14

15

16

17

18

19

20

21

22

23

24

25

## /

**/S/Anne** [1] - 26:10

## 1

**15th** [1] - 2:6
**18th** [1] - 20:4
**19-313** [2] - 1:10, 3:5

## 2

**2012-'13** [1] - 21:23
**2013** [1] - 22:22
**2019** [1] - 23:6
**2021** [2] - 1:17, 3:1
**213-894-0081** [2] -
 2:16, 2:20
**213-894-0141** [1] - 2:7
**213-894-0552** [1] - 2:7
**213-894-1476** [1] -
 2:20
**213-894-2854** [1] -
 2:15
**2nd** [2] - 2:14, 2:19

## 3

**3** [1] - 3:5
**312** [1] - 2:6
**321** [2] - 2:14, 2:19
**3:09** [2] - 1:18, 3:1
**3rd** [1] - 11:5

## 4

**40** [1] - 20:23
**40-millimeter** [1] -
 21:2
**403** [1] - 22:2

## 6

**6** [2] - 1:17, 3:1

## 7

**7/7/2021** [1] - 26:10

## 9

**90012** [1] - 2:6
**90012-4202** [2] - 2:15,
 2:19

## A

**able** [1] - 9:16
**absolutely** [1] - 25:3
**accept** [1] - 13:7
**accepting** [1] - 13:6
**according** [1] - 22:6
**acknowledges** [1] -
 22:9
**acting** [3] - 4:17, 8:11,
 12:1
**add** [1] - 9:10
**additional** [1] - 9:16
**address** [2] - 13:23,
 21:13
**admit** [1] - 23:24
**afternoon** [2] - 3:9,
 3:12
**agency** [1] - 10:10
**agent** [25] - 5:7, 5:12,
 5:24, 6:4, 6:14, 7:9,
 7:16, 8:10, 8:19,
 13:20, 13:24, 14:6,
 14:9, 14:17, 14:19,
 15:2, 15:9, 15:18,
 16:17, 16:24, 16:25,
 17:1, 17:2, 17:3,
 22:23
**agents** [2] - 15:3,
 16:18
**ago** [4] - 13:13, 18:2,
 21:10, 22:17
**agree** [2] - 16:8, 17:18
**agrees** [1] - 16:7
**AK-47s** [1] - 19:4
**allegedly** [1] - 19:4
**alleges** [1] - 21:22
**almost** [1] - 7:20
**AMAMY** [75] - 2:4, 3:9,
 4:10, 5:11, 5:17,
 5:25, 6:4, 6:10, 6:12,
 6:16, 6:19, 6:21, 7:4,
 7:8, 7:11, 7:21, 8:12,
 8:17, 8:21, 8:24, 9:3,
 9:5, 9:9, 9:12, 9:22,
 9:25, 10:3, 10:5,
 10:10, 10:14, 10:17,
 10:19, 11:1, 11:6,
 11:10, 11:17, 12:4,
 12:8, 12:11, 12:16,
 12:20, 12:23, 13:1,
 13:10, 13:15, 13:19,
 14:1, 14:6, 14:11,
 14:14, 14:21, 14:24,
 15:3, 15:11, 17:11,
 18:6, 18:11, 18:17,
 18:24, 19:1, 19:9,
 19:17, 19:25, 20:4,
 20:7, 20:14, 20:16,
 20:18, 21:6, 21:9,
 21:12, 23:1, 23:15,
 24:14, 24:23
**Amamy** [2] - 3:10,
 6:11
**amamy@usdoj.gov**
 [1] - 2:8
**AMERICA** [2] - 1:8,
 2:3
**America** [1] - 3:6
**ammunition** [2] -
 20:23, 21:25
**ammunitions** [1] -
 21:1
**amount** [1] - 13:2
**Angeles** [4] - 1:17,
 2:6, 2:15, 2:19
**Anne** [1] - 26:11
**ANNE** [1] - 1:23
**anne.kielwasser@**
 **gmail.com** [1] - 1:25
**answer** [1] - 23:3
**anticipate** [1] - 13:6
**anxious** [1] - 25:1
**anyplace** [1] - 20:3
**apologize** [1] - 3:11
**appeal** [2] - 11:8, 12:6
**appear** [2] - 18:3, 18:4
**appearance** [1] - 5:15
**appearances** [1] - 3:7
**approve** [4] - 4:22,
 4:24, 5:4, 12:1
**approved** [1] - 4:17
**April** [1] - 23:6
**areas** [1] - 9:19
**argue** [2] - 7:25, 13:3
**arrest** [2] - 6:7, 9:3
**arrested** [1] - 8:23
**artillery** [1] - 21:18
**aside** [1] - 22:21
**assignment** [1] -
 15:14
**assistant** [4] - 4:17,
 4:18, 11:25, 12:1
**attitude** [1] - 6:22
**Attorney** [8] - 2:5, 5:3,
 10:21, 10:22, 11:14,
 12:2, 12:5, 24:24
**audio** [1] - 9:13
**August** [1] - 11:5
**AUSA** [1] - 2:5
**authority** [1] - 4:22
**aware** [1] - 24:7

## B

**backdrop** [1] - 6:25
**background** [1] -
 17:17

**balancing** [1] - 17:19
**based** [1] - 14:3
**Beach** [3] - 18:23,
 19:24, 19:25
**begins** [1] - 14:20
**behalf** [1] - 3:10
**BEHALF** [2] - 2:3, 2:12
**better** [3] - 12:24,
 13:23, 19:7
**between** [2] - 20:11,
 22:22
**beyond** [2] - 9:17,
 11:21
**big** [1] - 11:13
**bomb** [17] - 7:15, 8:3,
 8:4, 8:19, 8:20, 9:7,
 9:15, 15:5, 15:7,
 19:7, 19:11, 19:15,
 19:16, 19:24, 20:3,
 22:17, 22:18
**bombs** [3] - 20:21,
 22:7, 23:9
**branch** [1] - 4:18
**brief** [2] - 9:21, 21:21
**briefly** [1] - 16:12
**brought** [1] - 8:19
**build** [3] - 15:5, 19:11,
 22:11
**building** [1] - 22:17
**built** [1] - 15:7
**burned** [1] - 8:9
**burning** [1] - 7:14

## C

**CA** [3] - 2:6, 2:15, 2:19
**CALIFORNIA** [2] - 1:2,
 1:25
**California** [1] - 1:17
**camera** [1] - 12:12
**candidly** [1] - 4:20
**cannot** [1] - 5:9
**car** [2] - 8:23, 23:9
**career** [1] - 11:22
**case** [20] - 4:25, 5:12,
 5:23, 6:5, 7:19, 7:23,
 8:3, 8:14, 11:4,
 11:22, 11:23, 12:5,
 13:18, 13:20, 16:6,
 18:13, 22:18, 25:1
**cases** [1] - 10:24
**caused** [1] - 9:19
**CENTRAL** [2] - 1:2,
 1:25
**certain** [4] - 4:15,
 4:23, 18:19
**certainly** [3] - 18:3,
 21:16, 21:20
**certify** [1] - 26:2

**changed** [1] - 5:16
**characterization** [1] -
 24:11
**charged** [1] - 26:5
**chat** [1] - 23:7
**chatter** [1] - 13:25,
 14:10, 14:18, 15:4,
 15:10, 15:19, 16:23,
 20:12, 22:24, 24:2,
 24:7
**chatters** [1] - 20:8
**chose** [1] - 20:25
**CHS** [5] - 9:25, 10:2,
 10:8, 10:12, 20:5
**Circuit** [1] - 4:25
**circuit** [1] - 26:5
**circuits** [2] - 4:21,
 4:23
**circumstances** [1] -
 17:23
**claimed** [1] - 8:19
**clarifies** [1] - 5:20
**clarity** [1] - 5:2
**CLERK** [1] - 3:5
**client** [1] - 25:4
**code** [1] - 22:5
**commit** [1] - 21:3
**communicating** [1] -
 14:4
**completely** [2] - 14:2,
 15:14
**concern** [1] - 15:22
**concerned** [1] - 12:18
**concluded** [1] - 25:25
**conduct** [1] - 22:2
**confer** [1] - 23:1
**CONFERENCE** [2] -
 1:16, 3:3
**conference** [3] - 4:5,
 25:8, 26:7
**conferences** [1] - 5:8
**confidential** [7] - 10:3,
 10:16, 10:18, 14:20,
 15:24, 16:14, 17:1
**conformance** [1] -
 26:6
**confused** [1] - 16:9
**consider** [1] - 21:16
**considered** [2] -
 24:19, 24:20
**constructing** [1] -
 7:15
**contact** [2] - 6:14,
 6:18
**contacts** [1] - 7:4
**context** [1] - 23:5
**conversation** [1] -
 18:21
**conversations** [5] -
 6:6, 8:1, 18:2, 18:20,

22:22
**cooker** [2] - 20:21, 22:7
**correct** [13] - 5:10, 6:16, 6:19, 8:5, 8:20, 8:21, 8:24, 12:4, 12:16, 14:21, 17:4, 24:3, 26:2
**corrected** [1] - 10:15
**Counsel** [1] - 3:7
**counsel** [1] - 3:16
**couple** [1] - 21:9
**course** [1] - 18:18
**COURT** [103] - 1:1, 1:24, 3:15, 3:18, 3:22, 4:1, 4:3, 4:13, 5:14, 5:19, 6:2, 6:8, 6:11, 6:13, 6:17, 6:20, 6:24, 7:6, 7:9, 7:18, 7:22, 8:8, 8:15, 8:18, 8:22, 8:25, 9:4, 9:8, 9:10, 9:21, 9:23, 10:2, 10:4, 10:7, 10:13, 10:16, 10:18, 10:23, 11:3, 11:9, 11:11, 11:24, 12:6, 12:10, 12:13, 12:17, 12:21, 12:24, 13:8, 13:12, 13:17, 13:21, 14:5, 14:8, 14:12, 14:17, 14:22, 15:1, 15:7, 15:15, 15:23, 16:1, 16:4, 16:8, 16:16, 16:19, 16:24, 17:3, 17:6, 17:18, 17:25, 18:9, 18:12, 18:18, 18:25, 19:3, 19:12, 19:21, 20:2, 20:6, 20:9, 20:15, 20:17, 21:4, 21:8, 21:11, 21:13, 22:20, 23:4, 23:14, 23:18, 23:22, 24:1, 24:7, 24:12, 24:16, 24:24, 25:4, 25:6, 25:11, 25:13, 25:22, 25:24
**court** [3] - 3:5, 3:11, 3:14
**Court** [6] - 1:24, 4:10, 12:8, 19:18, 22:1, 26:11
**Court's** [2] - 10:20, 11:7
**CR** [2] - 1:10, 3:5
**credible** [1] - 7:13
**Crimes** [1] - 2:5
**CRR** [1] - 1:23
**CSR** [2] - 1:23, 26:11
**custody** [2] - 3:14, 9:6

**D**

**damage** [1] - 23:13
**Date** [1] - 26:11
**date** [2] - 6:7, 19:2
**DAVID** [2] - 2:4, 2:13
**David** [2] - 3:10, 3:12
**David_Wasserman@fd.org** [1] - 2:16
**deal** [1] - 11:13
**dealt** [2] - 12:14, 17:25
**deaths** [1] - 9:19
**decide** [1] - 7:22
**deciding** [1] - 10:24
**defendant** [27] - 1:13, 4:14, 5:8, 6:7, 6:15, 6:18, 7:13, 9:14, 9:17, 14:3, 14:18, 15:13, 18:23, 18:24, 19:1, 19:4, 19:9, 19:14, 19:23, 20:11, 20:12, 20:25, 21:17, 22:23, 22:24, 23:8, 24:20
**DEFENDANT** [3] - 2:12, 25:18, 25:21
**defendant's** [8] - 6:22, 7:21, 14:3, 19:19, 20:19, 21:2, 23:16, 24:21
**Defenders** [2] - 2:14, 2:18
**Defense** [1] - 22:7
**defense** [11] - 5:23, 5:25, 7:25, 8:6, 13:3, 13:8, 13:10, 15:15, 17:4, 17:12, 17:16
**delays** [1] - 11:4
**demeanor** [2] - 6:22
**denies** [1] - 12:8
**deny** [3] - 12:10, 12:13, 12:18
**Department** [1] - 22:6
**deposit** [1] - 26:6
**depth** [1] - 21:16
**describe** [2] - 15:12, 19:12
**descriptions** [1] - 15:17
**destruction** [8] - 19:20, 20:13, 21:1, 21:18, 22:5, 22:6, 22:25, 24:22
**detonated** [1] - 23:12
**devices** [2] - 20:22, 22:12
**difference** [1] - 4:20
**different** [9] - 8:16, 8:25, 9:19, 10:11,

13:21, 14:2, 15:14, 17:10, 17:12
**differently** [1] - 13:12
**director** [2] - 4:18, 12:1
**disagreement** [1] - 8:11
**disclose** [1] - 4:11
**disclosures** [1] - 4:22
**discovery** [3] - 4:14, 9:24, 13:2
**discreet** [1] - 18:19
**discuss** [2] - 4:8, 4:12
**Discussion** [1] - 23:2
**disguise** [2] - 5:17, 17:13
**DISTRICT** [4] - 1:1, 1:2, 1:24, 1:25
**division** [1] - 10:20
**Domingo** [7] - 3:6, 3:13, 16:14, 17:1, 21:22, 25:10, 25:15
**DOMINGO** [1] - 1:12
**down** [2] - 18:19, 18:20
**drug** [1] - 11:21
**Durango** [1] - 22:10

**E**

**e-mail** [3] - 2:8, 2:16, 2:21
**earliest** [1] - 20:18
**East** [2] - 2:14, 2:19
**edited** [1] - 18:16
**either** [1] - 9:11
**EL** [75] - 2:4, 3:9, 4:10, 5:11, 5:17, 5:25, 6:4, 6:10, 6:12, 6:16, 6:19, 6:21, 7:4, 7:8, 7:11, 7:21, 8:12, 8:17, 8:21, 8:24, 9:3, 9:5, 9:9, 9:12, 9:22, 9:25, 10:3, 10:5, 10:10, 10:14, 10:17, 10:19, 11:1, 11:6, 11:10, 11:17, 12:4, 12:8, 12:11, 12:16, 12:20, 12:23, 13:1, 13:10, 13:15, 13:19, 14:1, 14:6, 14:11, 14:14, 14:21, 14:24, 15:3, 15:11, 17:11, 18:6, 18:11, 18:17, 18:24, 19:1, 19:9, 19:17, 19:25, 20:4, 20:7, 20:14, 20:16, 20:18, 21:6, 21:9, 21:12, 23:1, 23:15, 24:14, 24:23
**El** [2] - 3:10, 6:11
**EL-AMAMY** [75] - 2:4, 3:9, 4:10, 5:11, 5:17, 5:25, 6:4, 6:10, 6:12, 6:16, 6:19, 6:21, 7:4, 7:8, 7:11, 7:21, 8:12, 8:17, 8:21, 8:24, 9:3, 9:5, 9:9, 9:12, 9:22, 9:25, 10:3, 10:5, 10:10, 10:14, 10:17, 10:19, 11:1, 11:6, 11:10, 11:17, 12:4, 12:8, 12:11, 12:16, 12:20, 12:23, 13:1, 13:10, 13:15, 13:19, 14:1, 14:6, 14:11, 14:14, 14:21, 14:24, 15:3, 15:11, 17:11, 18:6, 18:11, 18:17, 18:24, 19:1, 19:9, 19:17, 19:25, 20:4, 20:7, 20:14, 20:16, 20:18, 21:6, 21:9, 21:12, 23:1, 23:15, 24:14, 24:23
**El-Amamy** [1] - 3:10
**elaborate** [1] - 24:18
**employee** [6] - 14:16, 14:25, 15:1, 16:13, 16:14, 16:16
**employees** [1] - 11:20
**end** [1] - 24:18
**entitled** [1] - 13:4
**entrapment** [1] - 7:20
**error** [1] - 13:17
**essentially** [2] - 8:7, 19:13
**estimate** [1] - 18:5
**events** [1] - 9:13
**evidence** [7] - 20:18, 22:1, 22:3, 22:16, 24:3, 24:5, 24:8
**evident** [1] - 7:25
**ex** [4] - 4:6, 4:13, 11:10, 12:11
**exactly** [1] - 20:17
**example** [2] - 9:14, 9:18
**excise** [1] - 4:15
**excised** [1] - 4:23
**excisions** [2] - 12:2, 12:15
**exclude** [1] - 22:1
**exclusively** [1] - 7:20
**experience** [2] - 20:19, 23:17
**explain** [3] - 6:20, 6:22, 7:16
**explaining** [1] - 6:6

24:14, 24:23
**El** [2] - 3:10, 6:11
**explosive** [2] - 20:22, 22:12
**Export** [1] - 2:5
**extensive** [2] - 20:20, 22:11

**F**

**fact** [2] - 20:25, 22:19
**facts** [2] - 4:11, 7:11
**fake** [1] - 8:20
**false** [1] - 5:13
**family** [1] - 17:17
**far** [1] - 11:21
**farce** [1] - 7:24
**fashioned** [1] - 15:18
**faulty** [1] - 18:21
**Fax** [3] - 2:7, 2:16, 2:20
**FBI** [24] - 4:18, 8:18, 10:11, 11:20, 12:1, 13:20, 13:24, 14:6, 14:9, 14:17, 14:19, 15:2, 15:3, 15:9, 15:18, 16:17, 16:18, 16:24, 16:25, 17:2, 17:3, 19:6, 22:23
**Federal** [3] - 1:24, 2:14, 2:18
**fee** [1] - 26:5
**fees** [1] - 26:5
**fellow** [1] - 20:22
**few** [1] - 13:12
**filed** [7] - 12:11, 21:6, 21:8, 21:9, 21:12, 22:9
**filing** [1] - 11:10
**first** [3] - 4:5, 11:23, 15:11
**fit** [1] - 7:23
**Floor** [1] - 2:6
**foregoing** [1] - 26:2
**forward** [1] - 11:5
**Friday** [2] - 8:20, 15:8

**G**

**gang** [1] - 11:22
**Garland** [2] - 10:23, 24:25
**General** [7] - 5:3, 10:21, 10:22, 11:15, 12:3, 12:5, 24:24
**given** [1] - 7:23
**government** [16] - 4:6, 4:14, 4:16, 4:20, 4:24, 5:1, 12:20, 13:13, 13:15, 16:7,

17:9, 18:6, 21:16, 21:22, 22:2, 22:4
**government's** [5] - 5:9, 6:5, 17:14, 18:5, 24:10
**governmental** [1] - 22:8
**great** [1] - 23:12
**grenade** [2] - 20:24, 21:2
**grenades** [5] - 20:24, 21:25, 22:3, 22:4, 22:19
**group** [1] - 23:6
**groups** [2] - 23:7, 23:8

## H

**half** [3] - 18:8, 18:10, 18:14
**hand** [2] - 7:14, 8:9
**hear** [2] - 3:23, 22:24
**hearing** [4] - 11:4, 17:8, 25:9, 25:17
**hears** [1] - 14:19
**helped** [1] - 15:5
**helpful** [1] - 3:23
**hereby** [1] - 26:2
**hidden** [1] - 5:18
**himself** [1] - 7:13
**Honor** [28] - 3:9, 3:12, 3:25, 4:2, 4:10, 5:11, 6:12, 7:8, 8:7, 8:13, 9:9, 9:22, 10:14, 11:6, 12:4, 15:20, 16:11, 17:24, 19:17, 21:7, 21:20, 23:3, 23:20, 25:3, 25:5, 25:7, 25:12, 25:23
**HONORABLE** [1] - 1:4
**hours** [1] - 11:15
**house** [1] - 15:8
**human** [7] - 10:3, 10:16, 10:18, 14:20, 15:24, 16:14, 17:1

## I

**IBD** [1] - 23:12
**identify** [1] - 9:15
**identifying** [1] - 17:15
**identity** [3] - 5:15, 5:16, 5:18
**IEds** [3] - 20:20, 23:9, 23:17
**immediately** [1] - 9:6
**important** [2] - 8:3, 18:3

**importantly** [1] - 22:8
**improvised** [1] - 22:11
**in-person** [1] - 7:2
**incident** [1] - 22:22
**inclination** [1] - 19:19
**including** [1] - 7:14
**incorrect** [1] - 24:11
**incredibly** [1] - 14:4
**indicated** [1] - 4:16
**indicates** [2] - 21:2, 22:4
**indication** [1] - 24:20
**individual** [2] - 13:19, 19:11
**individuals** [1] - 15:6
**induced** [1] - 8:4
**informant** [20] - 10:9, 13:5, 13:9, 13:11, 13:18, 14:7, 14:13, 15:22, 16:15, 17:2, 17:11, 17:17, 18:25, 19:6, 19:10, 19:15, 20:11, 22:22
**information** [1] - 17:15
**insertion** [1] - 14:20
**instead** [1] - 22:13
**intend** [2] - 7:7, 17:18
**intending** [1] - 24:1
**interested** [1] - 15:12
**interests** [1] - 17:20
**interlocutory** [2] - 11:8, 12:6
**Internet** [2] - 14:18, 16:23
**interplay** [1] - 20:10
**introduced** [1] - 14:7
**introduces** [2] - 16:14, 17:1
**investigating** [1] - 14:2
**investigation** [1] - 17:16
**involved** [1] - 18:13
**ISIS** [2] - 23:7, 23:09
**ISRAEL** [1] - 2:13
**issue** [6] - 4:7, 11:20, 11:25, 13:4, 21:14, 22:3
**issues** [2] - 13:23, 18:1
**item** [1] - 3:5
**itself** [1] - 9:3

## J

**JUDGE** [1] - 1:4
**judicial** [1] - 26:7
**JULY** [2] - 1:17, 3:1

**jury** [2] - 7:22, 18:19

## K

**keep** [1] - 21:20
**Kielwasser** [2] - 26:10, 26:11
**KIELWASSER** [1] - 1:23
**killed** [1] - 22:15
**kind** [1] - 7:24

## L

**LABARRE** [1] - 2:18
**LaBarre** [4] - 3:13, 3:17, 3:18, 3:20
**last** [1] - 22:10
**launcher** [1] - 20:24
**law** [2] - 7:23, 11:12
**leading** [1] - 6:7
**least** [2] - 5:1, 7:19
**lectern** [1] - 6:9
**legal** [1] - 4:7
**lengthy** [2] - 9:17, 18:4
**less** [1] - 26:5
**level** [1] - 4:21
**light** [3] - 5:17, 17:13, 17:19
**limine** [1] - 21:5
**lining** [1] - 14:10
**LISA** [1] - 2:18
**Lisa** [2] - 3:13, 3:17
**Lisa_Labarre@fd. org** [1] - 2:21
**listened** [1] - 15:9
**listening** [6] - 13:24, 14:17, 15:4, 15:18, 16:23, 22:23
**live** [1] - 15:8
**location** [2] - 9:18, 19:1
**look** [5] - 7:13, 7:14, 8:9, 12:21, 20:7
**Los** [4] - 1:17, 2:6, 2:15, 2:19
**lower** [1] - 4:3
**lowered** [1] - 3:23

## M

**mail** [3] - 2:8, 2:16, 2:21
**main** [1] - 15:21
**maker** [1] - 8:19
**management** [1] - 10:19

**March** [2] - 20:4, 23:6
**MARK** [1] - 1:12
**Mark** [1] - 3:6
**mask** [1] - 3:23
**masks** [2] - 4:4, 9:18
**mass** [9] - 19:19, 20:12, 21:1, 21:3, 21:18, 22:5, 22:6, 22:25, 24:21
**matter** [5] - 4:7, 4:9, 10:21, 11:18, 26:4
**matters** [1] - 4:23
**mean** [13] - 7:18, 7:19, 7:22, 8:8, 8:25, 11:11, 11:12, 11:14, 11:24, 12:13, 13:22, 18:14, 18:18
**meaning** [1] - 13:18
**meeting** [1] - 20:4
**meetings** [2] - 7:1, 7:2
**members** [2] - 20:23, 21:24
**mentioned** [2] - 19:15, 19:23
**middle** [2] - 15:22, 15:23
**might** [2] - 16:12, 25:8
**military** [5] - 20:19, 20:20, 21:17, 21:23, 22:2
**millimeter** [1] - 20:23
**minute** [1] - 5:22
**mission** [1] - 9:14
**misunderstood** [3] - 5:14, 5:20, 17:8
**modern** [1] - 10:8
**modification** [1] - 17:10
**moment** [1] - 6:24
**moments** [1] - 13:13
**most** [3] - 7:1, 9:19, 11:22
**motion** [13] - 4:13, 12:8, 12:10, 12:11, 12:14, 19:18, 23:14, 23:16, 23:23, 23:24, 24:17, 25:16
**motions** [2] - 21:5, 25:9
**MR** [30] - 3:12, 3:17, 3:21, 3:25, 4:2, 8:7, 15:20, 15:24, 16:3, 16:6, 16:10, 16:18, 16:22, 16:25, 17:4, 17:24, 21:20, 23:3, 23:6, 23:20, 23:24, 24:3, 24:9, 25:3, 25:5, 25:7, 25:12, 25:15, 25:19, 25:23
**MS** [75] - 3:9, 3:20,

**4:10, 5:11, 5:17, 5:25, 6:4, 6:10, 6:12, 6:16, 6:19, 6:21, 7:4, 7:8, 7:11, 7:21, 8:12, 8:17, 8:21, 8:24, 9:3, 9:5, 9:9, 9:12, 9:22, 9:25, 10:3, 10:5, 10:10, 10:14, 10:17, 10:19, 11:1, 11:6, 11:10, 11:17, 12:4, 12:8, 12:11, 12:16, 12:20, 12:23, 13:1, 13:10, 13:15, 13:19, 14:1, 14:6, 14:11, 14:14, 14:21, 14:24, 15:3, 15:11, 17:11, 18:6, 18:11, 18:17, 18:24, 19:1, 19:9, 19:17, 19:25, 20:4, 20:7, 20:14, 20:16, 20:18, 21:6, 21:9, 21:12, 23:1, 23:15, 24:14, 24:23
**multiple** [1] - 24:5
**murder** [1] - 21:3

## N

**name** [4] - 5:13, 17:10, 17:12, 17:15
**names** [2] - 20:22, 21:24
**narrate** [1] - 7:10
**Nasheeds** [1] - 9:16
**National** [1] - 10:20
**necessarily** [1] - 7:12
**necessary** [2] - 6:1, 17:22
**never** [1] - 6:17
**newly** [1] - 21:6
**next** [2] - 25:9, 25:16
**night** [1] - 9:13
**Ninth** [1] - 4:25
**NO** [1] - 1:10
**North** [1] - 2:6
**noticed** [1] - 11:3
**notified** [2] - 10:6, 10:19
**number** [1] - 21:24

## O

**objection** [2] - 15:21, 16:5
**obviously** [1] - 5:18
**OCD** [1] - 16:20
**OCE** [1] - 14:15
**OF** [6] - 1:2, 1:8, 1:25, 2:3, 2:12

**offer** [1] - 24:2
**Office** [3] - 2:5, 2:14, 2:18
**office** [2] - 10:5, 10:19
**official** [1] - 26:11
**Official** [1] - 1:24
**offline** [1] - 16:20
**old** [1] - 15:17
**ON** [2] - 2:3, 2:12
**one** [13] - 6:5, 8:15, 11:3, 14:15, 14:16, 15:4, 15:7, 15:11, 17:7, 21:6, 23:1, 25:7
**online** [12] - 13:20, 13:24, 14:1, 14:16, 14:24, 15:1, 15:4, 16:13, 16:16, 16:20, 23:7
**opportunity** [1] - 19:10
**opposition** [1] - 22:10
**order** [3] - 4:15, 18:1, 21:14
**orders** [1] - 10:25
**own** [3] - 14:3, 17:16, 20:19

**P**

**P.M** [2] - 1:18, 3:1
**part** [4] - 8:3, 23:14, 23:15, 24:17
**parte** [4] - 4:7, 4:13, 11:10, 12:11
**particular** [4] - 10:11, 11:20, 22:18, 24:9
**parties'** [1] - 5:6
**pass** [1] - 4:15
**pending** [3] - 19:18, 23:15, 23:16
**people** [1] - 10:8
**permitted** [1] - 25:10
**person** [14] - 4:19, 5:9, 7:2, 14:12, 15:21, 15:22, 15:23, 16:1, 16:3, 16:23, 17:3, 17:9, 17:21, 17:22
**pertinent** [2] - 23:19, 23:21
**Philippines** [1] - 23:9
**phrasing** [1] - 24:10
**picked** [1] - 19:1
**picture** [1] - 24:22
**piece** [1] - 20:18
**pieces** [1] - 24:5
**placed** [2] - 8:22, 8:23
**plaintiff** [2] - 1:10, 14:22

**plan** [2] - 14:24, 15:5
**platoon** [2] - 20:23, 21:24
**play** [2] - 7:7, 8:11
**play-acting** [1] - 8:11
**playing** [1] - 9:15
**point** [3] - 5:1, 8:12, 10:1
**pointing** [1] - 9:18
**portion** [1] - 19:6
**portions** [2] - 7:8, 9:12
**position** [8] - 5:7, 5:9, 8:2, 10:20, 17:14, 21:15, 21:16, 23:20
**possibility** [2] - 11:7, 12:9
**possible** [3] - 11:19, 17:21, 18:7
**post** [1] - 24:10
**posted** [1] - 23:8
**posts** [1] - 20:11
**praised** [1] - 23:9
**predisposition** [4] - 21:3, 24:4, 24:6, 24:21
**presence** [4] - 25:10, 25:11, 25:16, 25:20
**present** [1] - 3:13
**President** [1] - 11:14
**PRESIDING** [1] - 1:4
**pressure** [2] - 20:21, 22:7
**pretty** [1] - 7:24
**previous** [2] - 18:1, 19:19
**primarily** [1] - 22:13
**primary** [1] - 6:5
**privilege** [1] - 4:9
**procedural** [1] - 4:16
**procedure** [5] - 4:24, 5:4, 10:1, 10:5, 12:19
**procedures** [1] - 4:17
**Proceedings** [2] - 1:16, 25:25
**proceedings** [1] - 26:3
**process** [1] - 18:17
**produced** [1] - 13:2
**promptly** [1] - 21:14
**provide** [4] - 9:16, 17:15, 19:10, 24:14
**Public** [2] - 2:14, 2:18
**put** [2] - 9:15, 18:6

**Q**

**quickly** [2] - 11:19, 18:7

**R**

**raised** [1] - 22:2
**rally** [2] - 18:23, 19:25
**re** [1] - 22:2
**re-raised** [1] - 22:2
**read** [2] - 18:15, 19:22
**reading** [1] - 18:2
**ready** [1] - 25:4
**real** [1] - 8:9
**really** [2] - 11:9, 22:18
**reason** [5] - 3:22, 4:5, 4:8, 10:7, 17:21
**reasonable** [1] - 12:17
**reasons** [2] - 11:3, 17:7
**receive** [1] - 22:11
**received** [2] - 20:20, 22:13
**recollection** [1] - 18:20
**reconnaissance** [1] - 9:14
**record** [3] - 3:8, 23:2, 25:13
**recorded** [7] - 6:14, 6:18, 7:5, 7:7, 7:12, 9:13, 26:3
**recorder** [1] - 9:11
**recording** [1] - 9:17
**reduction** [1] - 26:6
**REEMA** [1] - 2:7
**Reema** [1] - 3:9
**reema.el** [1] - 2:8
**reema.el-amamy@ usdoj.gov** [1] - 2:8
**references** [1] - 4:15
**referring** [1] - 20:15
**refocus** [1] - 21:4
**regard** [2] - 4:6, 4:7
**regarding** [4] - 5:7, 10:21, 19:18, 20:20
**regulations** [1] - 26:7
**relate** [1] - 7:18
**related** [2] - 23:7, 23:8
**relates** [2] - 9:25, 23:16
**relevant** [2] - 5:23, 22:19
**relying** [1] - 23:22
**remember** [5] - 13:23, 18:1, 19:14, 20:9, 23:5
**reply** [2] - 21:12, 22:9
**Reporter** [2] - 1:24, 26:11
**Reporter's** [1] - 1:16
**requirements** [1] - 4:16

**requires** [1] - 5:3
**respect** [1] - 23:17
**responded** [1] - 21:11
**reveal** [1] - 4:20
**rough** [1] - 19:4
**RPR** [2] - 1:23, 26:11
**ruling** [1] - 11:7
**Ryan** [2] - 3:10, 23:18
**RYAN** [7] - 2:4, 4:2, 23:3, 23:6, 23:20, 23:24, 24:3

**S**

**Saturday** [1] - 8:20
**schedule** [1] - 11:1
**second** [2] - 8:15, 23:1
**secretary** [1] - 4:18
**Section** [1] - 4:23
**secure** [1] - 14:19
**Security** [1] - 10:20
**see** [11] - 5:14, 5:19, 6:2, 7:6, 7:23, 9:21, 10:4, 14:5, 14:9, 15:15, 20:17
**self** [1] - 7:25
**self-evident** [1] - 7:25
**sensitivities** [1] - 11:21
**service** [2] - 13:6, 13:7
**shells** [1] - 21:19
**SHINAR** [1] - 2:18
**shrapnel** [1] - 20:21
**side** [1] - 24:18
**sign** [5] - 10:24, 11:15, 11:16, 11:19, 24:25
**significant** [1] - 13:2
**signing** [1] - 11:18
**similarly** [1] - 4:19
**sites** [1] - 14:18
**situated** [1] - 4:19
**slight** [1] - 17:10
**soldiers** [1] - 22:15
**someone** [3] - 4:21, 13:18, 14:2
**somewhat** [1] - 5:1
**sort** [1] - 8:9
**source** [7] - 10:3, 10:16, 10:18, 14:20, 16:25, 16:15, 17:2
**specifically** [1] - 23:24
**spot** [1] - 22:13
**Spring** [1] - 2:6
**started** [4] - 13:18, 13:19, 14:4, 15:13
**state** [1] - 3:7
**statements** [3] - 14:3, 15:13, 23:21

**STATES** [4] - 1:1, 1:8, 1:24, 2:3
**states** [1] - 26:7
**States** [3] - 3:5, 3:10, 11:14
**status** [3] - 9:23, 13:1, 25:8
**STATUS** [2] - 1:16, 3:3
**stay** [1] - 5:22
**stenographically** [1] - 26:3
**STEPHEN** [1] - 1:4
**steps** [1] - 7:16
**Steven** [1] - 3:6
**STEVEN** [1] - 1:12
**stop** [1] - 6:24
**story** [1] - 8:25
**Street** [3] - 2:6, 2:14, 2:19
**subpoena** [2] - 13:5, 13:6
**suggested** [1] - 18:22
**suggesting** [1] - 20:10
**summarizing** [1] - 23:11
**supporters** [1] - 23:7

**T**

**tape** [2] - 9:11, 17:20
**tapes** [1] - 19:22
**taste** [1] - 21:15
**telephone** [2] - 5:8, 7:1
**temporarily** [1] - 18:21
**term** [1] - 10:11
**terminology** [1] - 10:8
**terms** [6] - 10:1, 10:5, 13:1, 15:18, 19:4, 24:20
**terribly** [1] - 18:4
**Terrorism** [1] - 2:5
**testify** [4] - 5:9, 5:24, 13:5, 17:9
**testifying** [3] - 5:12, 5:13, 17:12
**testimony** [4] - 9:17, 15:9, 23:25, 24:2
**THE** [105] - 2:3, 2:12, 3:15, 3:18, 3:22, 4:1, 4:3, 4:13, 5:14, 5:19, 6:2, 6:8, 6:11, 6:13, 6:17, 6:20, 6:24, 7:6, 7:9, 7:18, 7:22, 8:8, 8:15, 8:18, 8:22, 8:25, 9:4, 9:8, 9:10, 9:21, 9:23, 10:2, 10:4, 10:7, 10:13, 10:16, 10:18, 10:23,

11:3, 11:9, 11:11,
11:24, 12:6, 12:10,
12:13, 12:17, 12:21,
12:24, 13:8, 13:12,
13:17, 13:21, 14:5,
14:8, 14:12, 14:17,
14:22, 15:1, 15:7,
15:15, 15:23, 16:1,
16:4, 16:8, 16:16,
16:19, 16:24, 17:3,
17:6, 17:18, 17:25,
18:9, 18:12, 18:18,
18:25, 19:3, 19:12,
19:21, 20:2, 20:6,
20:9, 20:15, 20:17,
21:4, 21:8, 21:11,
21:13, 22:20, 23:4,
23:14, 23:18, 23:22,
24:1, 24:7, 24:12,
24:16, 24:24, 25:4,
25:6, 25:11, 25:13,
25:18, 25:21, 25:22,
25:24
**themselves** [1] - 7:16
**therefore** [1] - 5:3
**thinks** [1] - 6:1
**today** [2] - 21:12, 22:9
**tomorrow** [1] - 13:7
**took** [3] - 7:12, 7:17,
9:14
**topic** [1] - 5:22
**towards** [1] - 6:23
**training** [3] - 22:11,
22:13, 23:17
**trainings** [1] - 20:20
**Transcript** [1] - 1:16
**transcript** [7] - 18:15,
19:6, 20:2, 24:12,
24:15, 26:3, 26:5
**transcripts** [2] - 18:2,
19:22
**trial** [2] - 18:3, 18:4
**troubling** [1] - 14:4
**true** [4] - 6:15, 17:10,
19:8, 26:2
**try** [1] - 25:1
**trying** [1] - 9:18
**TUESDAY** [2] - 1:17,
3:1
**turn** [2] - 4:14, 15:15
**turnover** [2] - 9:24,
12:2
**two** [3] - 8:14, 15:5,
16:18
**typical** [1] - 11:21

## U

**UC** [1] - 9:16

**UCE** [1] - 14:15
**unclear** [2] - 5:2,
11:12
**under** [6] - 5:13, 17:9,
17:12, 17:22, 22:2,
22:4
**undercover** [11] - 5:7,
5:11, 5:24, 6:4, 6:14,
7:12, 8:10, 13:20,
14:6, 14:16, 14:25
**undercovers** [2] -
8:14, 13:16
**underlying** [1] - 4:11
**understood** [1] -
13:12
**UNITED** [4] - 1:1, 1:8,
1:24, 2:3
**United** [3] - 3:5, 3:10,
11:14
**united** [1] - 26:7
**unless** [3] - 3:22, 7:24,
17:8
**up** [1] - 6:7
**update** [1] - 5:4
**US** [2] - 2:5, 22:5
**uses** [1] - 10:10

## V

**vaccinated** [2] - 3:19,
4:1
**versus** [1] - 3:6
**video** [4] - 7:4, 7:6,
7:15, 17:20
**videos** [2] - 7:7, 16:3
**videotape** [1] - 9:11
**videotaped** [4] - 9:2,
9:5, 9:7, 9:8
**view** [3] - 4:20, 5:1,
7:21
**vS** [1] - 1:11

## W

**waive** [3] - 25:10,
25:11, 25:19
**waiving** [1] - 25:16
**wants** [2] - 13:15, 17:5
**war** [1] - 22:14
**WASSERMAN** [25] -
2:13, 3:12, 3:17,
3:21, 3:25, 8:7,
15:20, 15:24, 16:3,
16:6, 16:10, 16:18,
16:22, 16:25, 17:4,
17:24, 21:20, 24:9,
25:3, 25:5, 25:7,
25:12, 25:15, 25:19,
25:23

**Wasserman** [4] - 3:13,
3:15, 15:16, 25:2
**weapon** [2] - 22:24,
24:21
**weapons** [7] - 19:19,
20:12, 21:1, 22:5,
22:6, 23:10
**week** [6] - 18:8, 18:9,
18:14, 22:10, 24:18,
25:9
**week's** [1] - 25:16
**weeks** [1] - 21:9
**whole** [1] - 24:22
**WILSON** [1] - 1:4
**wish** [1] - 19:13
**witness** [3] - 9:10,
15:19, 23:25
**witnesses** [2] - 6:5,
15:12
**words** [2] - 4:8, 12:14
**wrote** [2] - 20:22,
21:23

## Z

**zone** [1] - 22:14