TRACY L. WILKISON
Acting United States Attorney
CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division
REEMA M. EL-AMAMY (Cal. Bar No. 237743)
DAVID T. RYAN (Cal Bar No. 295785)
Assistant United States Attorneys
Terrorism and Export Crimes Section
1500 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-0552/4491
Facsimile: (213) 894-2979
E-mail: reema.el-amamy@usdoj.gov
david.ryan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARK STEVEN DOMINGO,<br><br>Defendant. | No. CR 19-313-SVW<br><br><u>GOVERNMENT'S SUPPLEMENTAL FILING TO ADMIT TESTIMONY REGARDING DEFENDANT'S PREDISPOSITION TO USE WEAPONS OF MASS DESTRUCTION</u> |

Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorneys Reema M. El-Amamy and David T. Ryan, hereby files its Supplemental Filing to Admit Testimony Regarding Defendant's Predisposition to Use Weapons of Mass Destruction.

//

//

This Filing is based on the attached memorandum of points and authorities, the files and records in this case, and any further evidence or argument the Court may allow.

Dated: July 9, 2021

Respectfully submitted,

TRACY L. WILKISON
Acting United States Attorney

CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division

/s/
REEMA M. EL-AMAMY
DAVID T. RYAN
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**MEMORANDUM OF POINTS AND AUTHORITIES**

In addition to D.R.'s testimony, the government intends to offer as evidence of defendant's predisposition to use weapons the following exhibits:

- On April 1, 2019, defendant posted an ISIS propaganda video in the ISIS chatroom titled "New video message from The Islamic State: 'Separation of the Heads.'" Other members of the group responded by sharing additional propaganda videos, and one member who claimed to be a Jihadi fighter in the Philippines responded with a quote regarding the need to spread Islam and stated "there is no room for weaknesses or inactivity or sitting back with those who remain behind." Defendant replied, "you're an inspiration to me. Do Philippine police . . . patrol your area." The fighter replied that Philippine police "once did same as the army but now none of them [are] here because [they] will get IED striked or gun/machete attacked." Defendant replied, "interesting . . . an ied here . . . would do so much damage." Another member of the group wrote, "have you ever seen a VIBED going off with your own eyes," referring to a Vehicle Borne Improvised Explosive Device ("VBIED"). The fighter from the Philippines replies, "Detonate motorbike or parked cars as VBIED." Defendant replied by posting a picture of a man in a mask behind the wheel of a car."
- On June 4, 2017, defendant wrote to a friend regarding French forces who killed an ISIS fighter as the fighter attempted to detonate a car bomb, stating, "sucks that

man didn’t reach his target . . . I watch isis videos . . . they do these interviews with those drivers . . . like last words n shit.” Defendant then sent J.B. two ISIS propaganda videos. One of those videos, titled, “Islamic State – We Will Surely Guide Them To Us,” shows ISIS fighters making and then detonating numerous IEDs like the ones defendant intended to use in this case.

- On March 23, 2019, defendant posted a picture in an ISIS chatroom of AK-47 magazines and wrote, “theres a rave in a town to the east. [S]hould i?” Others then posted pictures of their firearms and other weapons, including IEDs. Another participant wrote, “that’s a lot of IEDs. Feel like putting them on a 4x4.” Another replied, “in the road and detonate them on foot fighter AFP or vehicles of AFP/PNP,” referring to the national police and army in the Philippines. Defendant then replied with a picture of a smiling face in sun glasses, a black flag, and the message, “too cool for us tbh.” Defendant then posted a screenshot from a newspaper article noting that 50 percent of homicides in U.S. cities did not result in an arrest.

This case is, in the defendant’s words, about his predisposition to use weapons of mass destruction. The government is entitled to present evidence throughout the course of defendant’s life, leading up to the day of the attack, regarding his willingness to do so. The government continues to seek leave to introduce all evidence regarding defendant’s experience in the military, the training that

he received regarding IEDs and pressure cooker bombs, his posts prior to the FBI's involvement in support of using an IED, and his independent posts prior to the day that he planned to commit mass murder at the end of April 2019 to demonstrate he was predisposed to use a weapon of mass destruction.

April 1, 2019

**BoringSunday** Yesterday at 12:36 PM
https://jihadology.net/2018/10/21/new-video-message-from-the-islamic-state-separation-of-the-heads-wilayat-al-iraq-dijlah/

> **Aaron Y. Zelin**
> New video message from The Islamic State: "Separation of the Hea...
> __________ Source: To inquire about a translation for this video message for a fee email: azelin@jihadology.net

nasheed at 10:30?

**Abu Sayyaf al-Brazili** Yesterday at 1:30 PM
@BoringSunday Not released yet 😭 😭
this is the closest we have: https://soundcloud.com/user-762068877/sets/4a0avdfeicfj

> SoundCloud
> **minou30**
> الردص انبصن



**BoringSunday** Yesterday at 1:55 PM
jazakallah brother
this gets me pumped up for a workout

**Abu Sayyaf al-Brazili** Yesterday at 2:01 PM
https://soundcloud.com/user-910034862/tphsca9k4nei

> SoundCloud
> **Is Age**
> لوه
> ىغولا




this is also an good one for workout
waiiyak

**BoringSunday** Yesterday at 2:09 PM
👆 😩 🗡 gonna work out hard tonight lol
👊 1

**نعامة** Yesterday at 4:53 PM
No matter how much the misguidance spreads, and no matter how much temptation becomes deep-rooted and the corruption becomes progressive and the honours are violated, islām will remain and its region will spread and reach wherever night and day reaches from the truthfulness of the Scholars and the efforts of the Du'āt and the blood of the Shuhadā. So there is no room for weaknesses or inactivity or sitting back with those who remain behind, because islām is established with diligence, not with sport, and with actions, not with mere hopes, and with truthful hearts, not with treacherous souls - Sheikh Sulayman Ibn Nasir al-Alwan
3

**BoringSunday** Yesterday at 8:01 PM



@نعامة you're an inspiration to me.
do philippine police

**نعامة** Yesterday at 8:02 PM
I been doing so much dawah lately my brain hurts from Kaffireen haha

**BoringSunday** Yesterday at 8:02 PM
patrol your area

**نعامة** Yesterday at 8:03 PM
They once did same as the army but now none of them here because will get IED striked or gun/machete attacked

**BoringSunday** Yesterday at 8:04 PM
interesting...
an ied here

**Effective Light** Yesterday at 8:04 PM
@نعامة have you ever seen a VBIED going off with your own eyes (edited)

**BoringSunday** Yesterday at 8:04 PM
would do soo much damage

**نعامة** Yesterday at 8:05 PM
Detonate motorbike or parked cars as VBIED (edited)
👀 1 2

**BoringSunday** Yesterday at 8:05 PM



**نعامة** Yesterday at 8:05 PM
Recently we did one as an abandoned motorbike at a MNLF checkpoint

**BoringSunday** Yesterday at 8:06 PM
here

**نعامة** Yesterday at 8:06 PM
We use now instead of C4 charges the bigger blast RDX or SEMTEX

**BoringSunday** Yesterday at 8:06 PM
w my ak

**نعامة** Yesterday at 8:06 PM
Wait I will try to find the video on YouTube the army took of an Abu Sayyaf ambush in Patikul
https://youtu.be/_U_wX0OkCd0 That is Patikul not Basilan and the person you hear clearly "Allahi Akbar" is a Parang Sabil sort of like an Istishaadi (edited)

> YouTube
> **Hukbong Sandatahan Ng Pilipinas**
> AFP vs Abu Sayaf in Tipo-Tipo Basilan April 09, 2016



**BoringSunday** Yesterday at 8:14 PM
Astafillah

April 2, 2019

but yeah its not for everyone

**Author** Joe Bedikian (1432231869)
**Sent** 2017-05-22 15:21:51 UTC
**Body** No i mean i say we make it a thing >>:○○○

**Author** Joe Bedikian (1432231869)
**Sent** 2017-05-22 15:22:06 UTC
**Body** Im just kidding

**Author** Joe Bedikian (1432231869)
**Sent** 2017-05-22 15:22:18 UTC
**Body** But that was be one hell of a fight

**Author** Joe Bedikian (1432231869)
**Sent** 2017-05-22 15:41:00 UTC
**Body** Would*

**Author** Joe Bedikian (1432231869)
**Sent** 2017-05-24 17:51:08 UTC
**Body** Fucking metal
**Share** **Date Created** 2017-05-24 17:51:08 UTC
**Text**
**Url** https://www.facebook.com/738361172846157/videos/1746160358732895/

**Author** Mark Sunday (100011511920069)
**Sent** 2017-05-24 17:52:04 UTC
**Body** lol wtf

**Author** Joe Bedikian (1432231869)
**Sent** 2017-05-24 17:53:11 UTC
**Body** Lol

**Author** Joe Bedikian (1432231869)
**Sent** 2017-05-24 17:53:29 UTC
**Body** Yup

**Author** Joe Bedikian (1432231869)
**Sent** 2017-06-04 05:05:55 UTC
**Body** Joe sent an attachment.
**Share** **Date Created** 2017-06-04 05:05:55 UTC
**Text**
**Title** ISIS Car Bomb Destroyed By French Special Forces.
**Url** https://www.facebook.com/CombatWarFootage/videos/1947136172236293/

**Author** Mark Sunday (100011511920069)
**Sent** 2017-06-04 05:47:36 UTC
**Body** sucks that man didnt reach his target :/ lol

**Author** Joe Bedikian (1432231869)
**Sent** 2017-06-04 05:48:10 UTC
**Body** Yeah it seemed rather close too

**Author** Mark Sunday (100011511920069)

**Sent** 2017-06-04 05:49:43 UTC
**Body** i watch isis videos... they do these interviews with those drivers... like last words n shit....

**Author** Joe Bedikian (1432231869)
**Sent** 2017-06-04 05:50:03 UTC
**Body** Where can i find these videos?

**Author** Joe Bedikian (1432231869)
**Sent** 2017-06-04 05:50:07 UTC
**Body** Live leak?

**Author** Mark Sunday (100011511920069)
**Sent** 2017-06-04 05:50:22 UTC
**Body** nahhh liveleak is wack

**Author** Joe Bedikian (1432231869)
**Sent** 2017-06-04 05:50:27 UTC
**Body** Haha

**Author** Mark Sunday (100011511920069)
**Sent** 2017-06-04 05:50:27 UTC
**Body** http://jihadology.net/2017/05/17/new-video-message-from-the-islamic-state-we-will-surely-guide-them-to-our-ways-wilayat-ninawa/

**Author** Mark Sunday (100011511920069)
**Sent** 2017-06-04 05:50:31 UTC
**Body** http://jihadology.net/2017/05/21/new-video-message-from-the-islamic-state-penalty-of-the-treacherous-2-wilayat-karkuk/

**Author** Mark Sunday (100011511920069)
**Sent** 2017-06-04 05:50:36 UTC
**Body** second one has beheadings

**Author** Mark Sunday (100011511920069)
**Sent** 2017-06-04 05:50:47 UTC
**Body** they cut em off fast as fuq

**Author** Mark Sunday (100011511920069)
**Sent** 2017-06-04 05:51:03 UTC
**Body** first one has some perfect american speaking fuck

**Author** Joe Bedikian (1432231869)
**Sent** 2017-06-04 05:51:27 UTC
**Body** Damn, their learning... lol

**Author** Joe Bedikian (1432231869)
**Sent** 2017-06-04 05:51:51 UTC
**Body** Coward combat

**Author** Mark Sunday (100011511920069)
**Sent** 2017-06-04 05:51:56 UTC
**Body** nah hes a convert

**Author** Joe Bedikian (1432231869)
**Sent** 2017-06-04 05:52:00 UTC
**Body** I see

**Author** Mark Sunday (100011511920069)
**Sent** 2017-06-04 05:52:06 UTC
**Body** u cant fake that thicc american accent lol

**Author** Joe Bedikian (1432231869)
**Sent** 2017-06-04 05:52:12 UTC
**Body** Haha

**Author** Mark Sunday (100011511920069)
**Sent** 2017-06-04 05:52:33 UTC
**Body** first link 9:30 is when u see him

**Author** Joe Bedikian (1432231869)
**Sent** 2017-06-04 05:52:52 UTC
**Body** Worth wating the whole thing?

**Author** Joe Bedikian (1432231869)
**Sent** 2017-06-04 05:53:23 UTC
**Body** I have a translator here

**Author** Mark Sunday (100011511920069)
**Sent** 2017-06-04 05:53:32 UTC
**Body** hi def vids are a bitch

**Author** Mark Sunday (100011511920069)
**Sent** 2017-06-04 05:55:39 UTC
**Body** also those isis fucks are crafty as fuq

**Author** Joe Bedikian (1432231869)
**Sent** 2017-06-04 05:55:58 UTC
**Body** Dude that mini plane

**Author** Mark Sunday (100011511920069)
**Sent** 2017-06-04 05:56:11 UTC
**Body** fucking right

**Author** Mark Sunday (100011511920069)
**Sent** 2017-06-04 05:56:16 UTC
**Body** LoL

**Author** Joe Bedikian (1432231869)
**Sent** 2017-06-04 05:57:46 UTC
**Body** Oh shit no lie, an auto turrent

**Author** Mark Sunday (100011511920069)
**Sent** 2017-06-04 05:58:19 UTC
**Body** bro thats what im saying!!!

**Author** Joe Bedikian (1432231869)
**Sent** 2017-06-04 05:58:50 UTC
**Body** Rofl a ps2 controller for an RC bomb

**Author** Mark Sunday (100011511920069)
**Sent** 2017-06-04 05:59:13 UTC
**Body** the life mang

**Author** Mark Sunday (100011511920069)
**Sent** 2017-06-04 05:59:19 UTC

**Body**
they're livin the life

**Author** Joe Bedikian (1432231869)
**Sent** 2017-06-04 05:59:28 UTC
**Body** Hahaha

**Author** Mark Sunday (100011511920069)
**Sent** 2017-06-04 06:00:22 UTC
**Body** also....that american speaking dude... if u look closely, has an (((interesting nose)))

**Author** Joe Bedikian (1432231869)
**Sent** 2017-06-04 06:00:41 UTC
**Body** XD

**Author** Mark Sunday (100011511920069)
**Sent** 2017-06-04 06:01:41 UTC
**Body** just saying

**Author** Joe Bedikian (1432231869)
**Sent** 2017-06-04 06:02:14 UTC
**Body** They really should invest in these fancy auto drive cars the americans are making nowadays lol

**Author** Mark Sunday (100011511920069)
**Sent** 2017-06-04 06:03:08 UTC
**Body** nahhh becuz then no martyrdom... no paradise... no jannah with allah

**Author** Joe Bedikian (1432231869)
**Sent** 2017-06-04 06:03:17 UTC
**Body** True

**Author** Mark Sunday (100011511920069)
**Sent** 2017-06-04 06:03:22 UTC
**Body** these guys make catchy music tho

**Author** Joe Bedikian (1432231869)
**Sent** 2017-06-04 06:04:05 UTC
**Body** Them long notes son

**Author** Joe Bedikian (1432231869)
**Sent** 2017-06-04 06:04:08 UTC
**Body** Lol

**Author** Joe Bedikian (1432231869)
**Sent** 2017-06-04 06:04:26 UTC
**Body** They must like vocalizing as much as bombing shit

**Author** Mark Sunday (100011511920069)
**Sent** 2017-06-04 06:05:00 UTC
**Body** im literally singing along to the song that comes on around 12:50 in the first vid

**Author** Mark Sunday (100011511920069)
**Sent** 2017-06-04 06:05:21 UTC
**Body** no idea what im saying but catchy lol

BoringSunday Last Saturday at 8:32 AM
Theres a rave in a town to the east
should i?

BoringSunday Last Saturday at 9:04 AM


@نعامة do you use the slab slide mags at all

نعامة Last Saturday at 11:12 AM
Most AK magazines here are Bakelite and Steel rare sight to see polymer ones and dunno how well they will last in jungle environments @BoringSunday
Even P-Mag by Magpul for M16/M4 platforms arent used as much

nuur Last Saturday at 11:19 AM
sister do u make .38 special bullets

نعامة Last Saturday at 11:23 AM
.38 its revolver but some M1911A1 converted to machine pistol use 22 of them in a magazine

Abu Muthanna Al-Yamani Last Saturday at 3:00 PM
@BoringSunday don't joke about that lol. That's a legitimate reason for us all to get raided

nuur Last Saturday at 3:04 PM
ok cuz I hear its easy to fabricate .38 rounds
him maybe but too vague @Abu Muthanna Al-Yamani (edited)

نعامة Last Saturday at 3:41 PM
.38 mostly led but we sometimes make from brass for AP

نعامة Last Saturday at 9:40 PM


nuur Last Saturday at 9:43 PM
House?

نعامة Last Saturday at 9:47 PM
Yeap haha just messing with my uncle M60 my M14 my Brothers M1A and 2 other relatives M16

BoringSunday Last Saturday at 10:46 PM
no holder for theammo belt?
like a lil pouch?

نعامة Last Saturday at 10:48 PM
Nah rather sling them around our body and feed them since most of the ammo bags get destroyed in battle

نعامة Last Saturday at 11:08 PM

Old stuff







All old stuff or nice stuff

March 24, 2019

nuur Yesterday at 12:02 AM
thats a lot of IEDs
feel like putting them on a 4x4

نعامة Yesterday at 12:29 AM
😂 In the road and detonate them on foot fighter AFP or vehicles of AFP/PNP

BoringSunday Yesterday at 7:07 AM
😎
too cool for us tbh @نعامة

Timur Yesterday at 10:34 AM
this is epic

نعامة Yesterday at 10:38 AM
Lot of photos all of them are authentic to Patikul/Tawi-Tawi/Basilan/or Mainland

BoringSunday Yesterday at 1:21 PM



نعامة Yesterday at 2:16 PM


March 25, 2019

plottingpenguin Today at 7:33 AM
tfw u wish u could read arabic
https://azelin.files.wordpress.com/2019/03/the-islamic-state-al-nabacc84e28099-newsletter-174.pdf