UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES - GENERAL

| Case No. | 2:19-cr-00313-SVW | Date | July 12, 2021 |
|---|---|---|---|

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE |
|---|---|
| Interpreter | |

| Paul M. Cruz | Gaye Limon | Reema M. El-Amamy / David T. Ryan |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Mark Steven Domingo | | X | | Israel Wasserman, DFPD | X | X | |
| | | | | Lisa LaBarre, DFPD | X | X | |

**Proceedings:**  PRETRIAL CONFERENCE
[205] MOTION for Order for Admitting Portions of Recorded Jail Telephone Calls Filed by Plaintiff USA as to Defendant; [210] MOTION for Ruling ADMITTING TESTIMONY REGARDING DEFENDANT'S PREDISPOSITION TO USE WEAPONS OF MASS DESTRUCTION Filed by Plaintiff

Case called. Attorneys state their appearances. Defendant's appearance is waived for this proceeding.

Conference held. The Court advises counsel how it intends to rule.

Order to issue.

|  | : | 25 |
|---|---|---|
| Initials of Deputy Clerk | | PMC |

cc: USPO
   USM
   PSLA