TRACY L. WILKISON
Acting United States Attorney
CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division
REEMA M. EL-AMAMY (Cal. Bar No. 237743)
DAVID T. RYAN (Cal Bar No. 295785)
Assistant United States Attorneys
Terrorism and Export Crimes Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0552/4491
     Facsimile: (213) 894-2979
     E-mail:    reema.el-amamy@usdoj.gov
                david.ryan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 19-313-SVW |
| Plaintiff, | TRIAL STIPULATION REGARDING AUTHENTICITY AND ACCURACY OF GOVERNMENT TRIAL EXHIBITS |
| v. | |
| MARK STEVEN DOMINGO, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorneys Reema M. El-Amamy and David T. Ryan, and defendant Mark Steven Domingo, by and through his counsel of record, Deputy Federal Public Defenders David Wasserman and Lisa LaBarre, hereby agree and stipulate as follows:

1. Government's Exhibit 76 is a true and correct copy of video surveillance footage from a Lowe's Home Improvement Store in Northridge, California on April 22, 2019. The video surveillance

footage fairly and accurately depicts the event on the date and time shown on the video.

    2.    Government's Exhibit 77 is a true and correct copy of a printout of a receipt from a Lowe's Home Improvement store in Northridge, California on April 22, 2019.

    3.    Government's Exhibit 81 is a true and correct copy of certain text messages stored in Mark Domingo's cell phone.

    4.    Government's Exhibits 82-138 and 208-217 are true and correct copies of Discord messages sent to and from the Discord accounts identified in the exhibits on the dates identified in the exhibits.

    5.    Government's Exhibits 145-148 are true and correct copies of an email and attachments sent from Mark Domingo's email account on August 11, 2018.

    6.    Government's Exhibits 149-154 are true and correct copies of excerpts from an extraction report from Mark Domingo's cell phone and accurately reflect the contents extracted from his cell phone.

    7.    Government's Exhibit 155 is a true and correct copy of certain photographs stored on Mark Domingo's cell phone.

    8.    Government's Exhibits 156-184 are true and correct copies of Facebook posts, messages, and searches that Mark Domingo sent and conducted on the dates identified in the exhibits.

    9.    Government's Exhibits 185-189 are true and correct copies of Snapchat messages that Mark Domingo sent and received on the dates identified in the exhibits.

    10.    Government's Exhibits 193 and 194 are true and correct copies of certain photographs stored on Mark Domingo's computers.

11. Government's Exhibit 195 is a true and correct copy of excerpts from an extraction report from Mark Domingo's computers and accurately reflects the contents extracted from the computers.

12. Government's Exhibits 196, 199, and 201 are true and accurate copies of certain songs stored on Mark Domingo's computers.

13. Government's Exhibits 197, 200, and 202 are accurate Arabic to English translations of songs stored on Mark Domingo's computers previously identified as Exhibits 196, 199, and 201.

14. Government's Exhibits 218-220 are accurate Arabic to English translations of songs stored on Mark Domingo's computers and

//

//

1 played during the recording previously identified as Exhibit 27.

2 The parties agree that this stipulation may be entered into
3 evidence at trial.

4 IT IS SO STIPULATED.

Dated: July 13, 2021                    Respectfully submitted,

                                        TRACY L. WILKISON
                                        Acting United States Attorney

                                        CHRISTOPHER D. GRIGG
                                        Assistant United States Attorney
                                        Chief, National Security Division


                                             /s/
                                        REEMA M. EL-AMAMY
                                        DAVID T. RYAN
                                        Assistant United States Attorneys

                                        Attorneys for Plaintiff
                                        UNITED STATES OF AMERICA


Dated: July 13, 2021                     /s/ by email authorization
                                        DAVID WASSERMAN
                                        LISA LABARRE
                                        Attorneys for Defendant
                                        MARK STEVEN DOMINGO