TRACY L. WILKISON
Acting United States Attorney
CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division
REEMA M. EL-AMAMY (Cal. Bar No. 237743)
DAVID T. RYAN (Cal Bar No. 295785)
Assistant United States Attorneys
Terrorism and Export Crimes Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0552/4491
     Facsimile: (213) 894-2979
     E-mail:    reema.el-amamy@usdoj.gov
                david.ryan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 19-313-SVW |
|---|---|
| Plaintiff, | TRIAL STIPULATION REGARDING AUTHENTICITY AND ACCURACY OF GOVERNMENT'S TRIAL EXHIBITS |
| v. | |
| MARK STEVEN DOMINGO, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorneys Reema M. El-Amamy and David T. Ryan, and defendant Mark Steven Domingo, by and through his counsel of record, Deputy Federal Public Defenders David Wasserman and Lisa LaBarre, hereby agree and stipulate as follows:

1. Government's Exhibit 141 is an accurate Arabic to English translation of the written passages contained in government's Exhibit 140.

2. Government's Exhibit 236 is an accurate Arabic to English translation of a song stored on Mark Domingo's computer and played during the recording previously identified as Exhibit 61.

3. Government's Exhibits 237 and 238 are accurate Arabic to English translations of songs stored on Mark Domingo's computer and played during the recording previously identified as Exhibit 63.

4. Government's Exhibit 239 is an accurate Arabic to English translation of a song stored on Mark Domingo's computer and played during the recording previously identified as Exhibit 65.

5. Government's Exhibit 240 is an accurate Arabic to English translation of a song stored on Mark Domingo's computer and played during the recording previously identified as Exhibit 69.

//
//

6. Government's Exhibit 241 is a list of accurate Arabic to English translations of words and phrases contained in the audio and video recordings in government's Exhibits 12-73.

The parties agree that this stipulation may be entered into evidence at trial.

IT IS SO STIPULATED.

Dated: July 27, 2021                Respectfully submitted,

                                    TRACY L. WILKISON
                                    Acting United States Attorney

                                    CHRISTOPHER D. GRIGG
                                    Assistant United States Attorney
                                    Chief, National Security Division


                                     */s/ Reema M. El-Amamy*
                                    REEMA M. EL-AMAMY
                                    DAVID T. RYAN
                                    Assistant United States Attorneys

                                    Attorneys for Plaintiff
                                    UNITED STATES OF AMERICA


Dated: August 3, 2021                */s/ David I. Wasserman*
                                    DAVID WASSERMAN
                                    LISA LABARRE
                                    Attorneys for Defendant
                                    MARK STEVEN DOMINGO

3