TRACY L. WILKISON
Acting United States Attorney
CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division
REEMA M. EL-AMAMY (Cal. Bar No. 237743)
DAVID T. RYAN (Cal Bar No. 295785)
Assistant United States Attorneys
Terrorism and Export Crimes Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0552/4491
    Facsimile: (213) 894-2979
    E-mail:    reema.el-amamy@usdoj.gov
             david.ryan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 19-313-SVW |
| Plaintiff, | STIPULATION TO EXCUSE POTENTIAL JURORS FOR CAUSE |
| v. | |
| MARK STEVEN DOMINGO, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United Sates Attorneys Reema M. El-Amamy and David T. Ryan, and defendant Mark Steven Domingo, by and through his counsel of record, Deputy Federal Public Defenders David Wasserman and Lisa LaBarre, hereby stipulate to dismiss certain prospective jurors for cause. The parties' willingness to stipulate to an excusal for cause for the jurors listed below does not affect

either party's right to argue that any other prospective juror should (or should not) be excused for cause.

| Participant Number | Initials |
|---|---|
| 205131899 | M.B. |
| 205054462 | S.Y. |
| 205168868 | J.H. |
| 205079832 | K.O. |

IT IS SO STIPULATED.

Dated: August 3, 2021              Respectfully submitted,

                                          TRACY L. WILKISON
                                          Acting United States Attorney

                                          CHRISTOPHER D. GRIGG
                                          Assistant United States Attorney
                                          Chief, National Security Division

                                           /s/ *Reema M. El-Amamy*
                                          REEMA M. EL-AMAMY
                                          DAVID T. RYAN
                                          Assistant United States Attorneys

                                          Attorneys for Plaintiff
                                          UNITED STATES OF AMERICA

Dated: August 3, 2021
                                              */s/ David I. Wasserman*
DAVID WASSERMAN
LISA LABARRE
Attorneys for Defendant
MARK STEVEN DOMINGO