```
 1  TRACY L. WILKISON
    Acting United States Attorney
 2  CHRISTOPHER D. GRIGG
    Assistant United States Attorney
 3  Chief, National Security Division
    REEMA M. EL-AMAMY (Cal. Bar No. 237743)
 4  DAVID T. RYAN (Cal Bar No. 295785)
    Assistant United States Attorneys
 5  Terrorism and Export Crimes Section
         1500 United States Courthouse
 6       312 North Spring Street
         Los Angeles, California 90012
 7       Telephone:  (213) 894-0552/4491
         Facsimile:  (213) 894-2979
 8       E-mail:     reema.el-amamy@usdoj.gov
                     david.ryan@usdoj.gov
 9
    Attorneys for Plaintiff
10  UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 19-313-SVW |
|---|---|
| Plaintiff, | TRIAL STIPULATION REGARDING AUTHENTICITY AND ACCURACY OF GOVERNMENT'S TRIAL EXHIBITS |
| v. | |
| MARK STEVEN DOMINGO, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorneys Reema M. El-Amamy and David T. Ryan, and defendant Mark Steven Domingo, by and through his counsel of record, Deputy Federal Public Defenders David Wasserman and Lisa LaBarre, hereby agree and stipulate as follows:

1. Government's Exhibit 13 is an accurate recording of a telephone call between Mark Domingo and the CHS that took place on March 18, 2019.

2. Government's Exhibit 14 is an accurate recording of a telephone call between Mark Domingo and the CHS that took place on March 18, 2019.

3. Government's Exhibit 23 is an accurate recording of a telephone call between Mark Domingo and the CHS that took place on March 22, 2019.

4. Government's Exhibit 31 is an accurate recording of a telephone call between Mark Domingo and the CHS that took place on March 27, 2019.

5. Government's Exhibit 40 is an accurate recording of a portion of a telephone call between Mark Domingo and the CHS that took place on April 8, 2019.

6. Government's Exhibit 41 is an accurate recording of a portion of a telephone call between Mark Domingo and the CHS that took place on April 8, 2019.

7. Government's Exhibit 51 is an accurate recording of a telephone call between Mark Domingo and the CHS that took place on April 22, 2019.

8. Government's Exhibit 79 is an accurate copy of a text message exchange between Mark Domingo and the CHS that took place on March 19, 2019.

9. Government's Exhibit 142 is an accurate copy of a text message exchange between Mark Domingo and the CHS that took place on March 22, 2019.

10. Government's Exhibit 143 is an accurate copy of a text message exchange between Mark Domingo and the CHS that took place on March 25, 2019.

11. Government's Exhibit 144 is an accurate copy of a text message exchange between Mark Domingo and the CHS that took place on April 1, 2019.

12. Government's Exhibit 221 is an accurate copy of a text message exchange between Mark Domingo and the CHS that took place on April 20, 2019.

13. Government's Exhibit 222 is an accurate copy of a text message exchange between Mark Domingo and the CHS that took place on April 21, 2019 and April 22, 2019.

14. Government's Exhibit 223 is an accurate copy of a text message exchange between Mark Domingo and the CHS that took place on April 25, 2019.

15. Government's Exhibit 251 is an accurate copy of a text message exchange between Mark Domingo and the CHS that took place on March 27, 2019.

16. Government's Exhibit 252 is an accurate copy of a text message exchange between Mark Domingo and the CHS that took place on March 29, 2019.

17. Government's Exhibit 253 is an accurate copy of a text message exchange between Mark Domingo and the CHS that took place on March 30, 2019.

18. Government's Exhibit 254 is an accurate copy of a text message exchange between Mark Domingo and the CHS that took place on April 12, 2019.

//
//
//
//

19. Government's Exhibit 255 is an accurate copy of a text message exchange between Mark Domingo and the CHS that took place on April 17, 2019.

The parties agree that this stipulation may be entered into evidence at trial.

IT IS SO STIPULATED.

Dated: August 3, 2021              Respectfully submitted,

                                        TRACY L. WILKISON
                                        Acting United States Attorney

                                        CHRISTOPHER D. GRIGG
                                        Assistant United States Attorney
                                        Chief, National Security Division

                                        */s/ Reema M. El-Amamy*
                                        REEMA M. EL-AMAMY
                                        DAVID T. RYAN
                                        Assistant United States Attorneys

                                        Attorneys for Plaintiff
                                        UNITED STATES OF AMERICA

Dated: August 4, 2021              */s/ David I. Wasserman*
                                        DAVID WASSERMAN
                                        LISA LABARRE
                                        Attorneys for Defendant
                                        MARK STEVEN DOMINGO