TRACY L. WILKISON
Acting United States Attorney
CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division
REEMA M. EL-AMAMY (Cal. Bar No. 237743)
DAVID T. RYAN (Cal Bar No. 295785)
Assistant United States Attorneys
Terrorism and Export Crimes Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0552/4491
     Facsimile: (213) 894-2979
     E-mail:    reema.el-amamy@usdoj.gov
                david.ryan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 19-313-SVW |
|---|---|
| Plaintiff, | TRIAL STIPULATION REGARDING ACCURACY OF DESCRIPTIONS OF TERMS |
| v. | |
| MARK STEVEN DOMINGO, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorneys Reema M. El-Amamy and David T. Ryan, and defendant Mark Steven Domingo, by and through his counsel of record, Deputy Federal Public Defenders David Wasserman and Lisa LaBarre, hereby agree and stipulate as follows:

The following are true and correct definitions or descriptions:

1. **Ayman al-Zawahiri:** Ayman al-Zawahiri is the current emir, or commander, of al-Qaida.

2. **Baqiyah:** Baqiyah is Arabic for "remaining," and is part of the Islamic State's mantra to "remain and expand" as a global caliphate.

3. **Caliphate:** A "Caliphate" is an empire or state ruled by a Caliph, a ruler understood to be a successor to the Prophet Muhammad.

4. **Martyr:** A martyr is someone who sacrifices themselves for God and their faith. Martyrs are considered heroes, and in the Muslim tradition, martyrs are also promised great rewards in the afterlife. Modern Muslim extremists have used the term to describe fighters who die in battle.

5. **Ramadan:** Ramadan is the ninth month of the Muslim calendar and a holy month marking the first divine revelation received by the Prophet Muhammad. Religiously observant Muslims fast from sun up until sun down during Ramadan as an act of spiritual cleansing and piety.

6. **Fallujah:** Fallujah is a city in Anbar Province, Iraq. Fallujah first fell under partial control of the Islamic State in January 2014, signifying an early and important territorial victory for the organization.

7. **Ramadi:** Ramadi is a city in central Iraq and the capital of Anbar Province, a primarily Sunni Muslim province.

8. **Boston Bombing:** On April 15, 2013, Tamerlan and Dzhokar Tsarnaev planted two Improvised Explosive Devices made from pressure cookers in backpacks on Boylston Street near the finish line of the Boston Marathon. The bombs killed three individuals and wounded 264 others.

//
//

     The parties agree that this stipulation may be entered into evidence at trial.

     IT IS SO STIPULATED.

Dated: August 8, 2021            Respectfully submitted,

                                 TRACY L. WILKISON
                                 Acting United States Attorney

                                 CHRISTOPHER D. GRIGG
                                 Assistant United States Attorney
                                 Chief, National Security Division


                                   _*/s/*_____
                                 REEMA M. EL-AMAMY
                                 DAVID T. RYAN
                                 Assistant United States Attorneys

                                 Attorneys for Plaintiff
                                 UNITED STATES OF AMERICA


Dated: August 8, 2021              _*/s/ by email authorization*_
                                 DAVID WASSERMAN
                                 LISA LABARRE
                                 Attorneys for Defendant
                                 MARK STEVEN DOMINGO

3