TRACY L. WILKISON
Acting United States Attorney
CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division
REEMA M. EL-AMAMY (Cal. Bar No. 237743)
DAVID T. RYAN (Cal Bar No. 295785)
Assistant United States Attorneys
Terrorism and Export Crimes Section
        1500 United States Courthouse
        312 North Spring Street
        Los Angeles, California 90012
        Telephone:  (213) 894-0552/4491
        Facsimile:  (213) 894-2979
        E-mail:     reema.el-amamy@usdoj.gov
                    david.ryan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 19-313-SVW |
|---|---|
| Plaintiff, | GOVERNMENT'S REPLY TRIAL BRIEF REGARDING TESTIMONY OF THE CONFIDENTIAL HUMAN SOURCE |
| v. | |
| MARK STEVEN DOMINGO, | |
| Defendant. | |

     Plaintiff United States of America, by and through its counsel

of record, the Acting United States Attorney for the Central District

of California and Assistant United States Attorneys Reema M. El-Amamy

and David T. Ryan, hereby files its Reply Trial Brief Regarding

Testimony of the Confidential Human Source.

//

//

1      This Filing is based on the attached memorandum of points and

2  authorities, the files and records in this case, and any further

3  evidence or argument the Court may allow.

4   Dated: August 9, 2021            Respectfully submitted,

5                                    TRACY L. WILKISON
                                     Acting United States Attorney
6
                                     CHRISTOPHER D. GRIGG
7                                    Assistant United States Attorney
                                     Chief, National Security Division
8

9            /s/
                                     REEMA M. EL-AMAMY
10                                   DAVID T. RYAN
                                     Assistant United States Attorney
11
                                     Attorneys for Plaintiff
12                                   UNITED STATES OF AMERICA

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                     ii

1

## **REPLY TRIAL BRIEF**

2      Defendant Mark Domingo ("defendant") served a subpoena on the

3   Confidential Human Source ("CHS") who participated in the

4   investigation of defendant weeks ago – well before the testimony of

5   the case agent on Friday.  It is clear that defendant wants to call

6   the CHS for no purpose other than to impeach him.  The government

7   maintains that defendant must submit an offer of proof for the CHS's

8   testimony that does not rely entirely on impeachment.

9      Moreover, should the CHS testify, defendant's desire to impeach

10  the CHS and treat him as a hostile witness without any reason to do

11  so based on the record also weighs against permitting defendant to

12  cross-examine the CHS and therefore limiting the CHS solely to "yes"

13  or "no" answers.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28