# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - TRIAL

| | | | |
|---|---|---|---|
| Case No. | 2:19-cr-00313-SVW | Date | August 9, 2021 |
| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | | |
| Interpreter | N/A | | |

| Paul M. Cruz | Anne Kielwasser | Reema M. El-Amamy<br>David T. Ryan |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Mark Steven Domingo | X | X | | David I. Wasserman, DFPD<br>Lisa S. LaBarre, DFPD | X<br>X | X<br>X | |

| | Day COURT TRIAL | 3rd | Day JURY TRIAL | | Death Penalty Phase |
|---|---|---|---|---|---|

| | One day trial; | | Begun (1st day); | X | Held & continued; | | Completed by jury verdict/submitted to court. |
|---|---|---|---|---|---|---|---|

| | The Jury is impaneled and sworn. |
|---|---|
| | Opening statements made by |
| X | Witnesses called, sworn and testified. |
| X | Exhibits identified       X   Exhibits admitted |
| X | Government rests.   Defendant(s) _____ rest. |
| | Motion for mistrial by _____ is ___ granted ___ denied ___ submitted |
| X | Motion for judgment of acquittal (FRCrP 29) is ___ granted ___ denied  X  submitted |
| | Closing arguments made     Court instructs jury     Bailiff sworn |
| | Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings. |
| | Alternates excused     Jury retires to deliberate     Jury resumes deliberations |
| | Finding by Court as follows:     Jury Verdict as follows: |
| Dft # ___ | Guilty on count(s) ___       Not Guilty on count(s) ___ |
| | Jury polled       Polling waived |
| | Filed Witness & Exhibit lists    Filed Jury notes    Filed Jury Instructions    Filed Jury Verdict |
| | Dft # ___ Referred to Probation Office for Investigation & Report and continued to ___ for sentencing. |
| | Dft # ___ remanded to custody.    Remand/Release# ___ issd.    Dft # ___ released from custody. |
| | Bond exonerated as to Dft # ___ |
| | Case continued to August 10, 2021 at 9:00 a.m. for further trial/further jury deliberation. |
| | Other: |

                                                                 7    :    00
                                                        Initials of Deputy Clerk    PMC