UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - TRIAL

| | |
|---|---|
| Case No. | 2:19-cr-00313-SVW |
| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE |
| Interpreter | N/A |

| Paul M. Cruz | Anne Kielwasser | David T. Ryan / Reema M. El-Amamy |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Mark Steven Domingo | X | X | | David I. Wasserman, DFPD | X | X | |
| | | | | Lisa S. LaBarre | X | X | |

\_\_\_ Day COURT TRIAL       4th Day JURY TRIAL       \_\_\_ Death Penalty Phase

\_\_\_ One day trial;    \_\_\_ Begun (1st day);    \_\_\_ Held & continued;    \_\_\_ Completed by jury verdict/submitted to court.

\_\_\_ The Jury is impaneled and sworn.

\_\_\_ Opening statements made by _____

X Witnesses called, sworn and testified.

\_\_\_ Exhibits identified    \_\_\_ Exhibits admitted

\_\_\_ Government rests.    X Defendant(s) _____ rest.

\_\_\_ Motion for mistrial by _____ is \_\_\_ granted \_\_\_ denied \_\_\_ submitted

\_\_\_ Motion for judgment of acquittal (FRCrP 29) is \_\_\_ granted \_\_\_ denied \_\_\_ submitted

X Closing arguments made    X Court instructs jury    X Bailiff sworn

X Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

\_\_\_ Alternates excused    X Jury retires to deliberate    \_\_\_ Jury resumes deliberations

\_\_\_ Finding by Court as follows:    Jury Verdict as follows:

Dft # \_\_\_ Guilty on count(s) \_\_\_    \_\_\_ Not Guilty on count(s) \_\_\_

\_\_\_ Jury polled    \_\_\_ Polling waived

\_\_\_ Filed Witness & Exhibit lists    \_\_\_ Filed Jury notes    \_\_\_ Filed Jury Instructions    \_\_\_ Filed Jury Verdict

Dft # \_\_\_ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

Dft # \_\_\_ remanded to custody.    Remand/Release# \_\_\_ issd.    Dft # \_\_\_ released from custody.

\_\_\_ Bond exonerated as to Dft # \_\_\_

X Case continued to August 11, 2021 at 9:00 a.m. for further trial/further jury deliberation.

\_\_\_ Other:

                                                  6 : 49

Initials of Deputy Clerk    PMC