UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA



FILED
CLERK, U.S. DISTRICT COURT

AUG 1 0 2021

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:19-cr-00313-SVW |
| Plaintiff(s), | ) |
| | ) **JURY NOTE NUMBER:** |
| vs. | ) |
| | ) Today's Date: |
| Mark Steven Domingo, | ) |
| | ) Time: _____ |
| Defendant(s). | ) |
| | ) |
| _____ | ) |

THE JURY HAS REACHED AN UNANIMOUS VERDICT

✓

THE JURY REQUESTS THE FOLLOWING:

We are requesting to be excused
to begin deliberation tomorrow morning.

SIGNED: _____

REDACTED AS TO NAME
FOREPERSON OF THE JURY