

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 2:19-cr-00313-SVW |
|---|---|
| Plaintiff(s), | ) JURY NOTE NUMBER: |
| vs. | ) Today's Date: 8·11·21 |
| Mark Steven Domingo, | ) Time: 9:40 am |
| Defendant(s). | ) |

———  THE JURY HAS REACHED AN UNANIMOUS VERDICT

THE JURY REQUESTS THE FOLLOWING:

① May we have the written transcripts of the defendant while he was on the stand and under oath.

② Can we have a more legal definition of Terrorist that they are using in count 1.

③ Can we have 10 copies of the jury instructions.

SIGNED: REDACTED AS TO NAME

FOREPERSON OF THE JURY