UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA



| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:19-cr-00313-SVW |
| | ) |
| Plaintiff(s), | ) **JURY NOTE NUMBER:** |
| | ) |
| vs. | ) Today's Date: 8/11/21 |
| | ) |
| Mark Steven Domingo, | ) Time: ___12:41___ |
| | ) |
| Defendant(s). | ) |
| | ) |
| _____ | ) |

_____   THE JURY HAS REACHED AN UNANIMOUS VERDICT

_____   THE JURY REQUESTS THE FOLLOWING:

I am the only person who smokes and want to go downstairs to ~~move comfortable~~ smoke only once during the day. I Rather not take 10 non-smokers with me & ~~~~ feel pressured or on the spot.

JUROR #9   REDACTED AS TO NAME

_____

SIGNED:_____ REDACTED AS TO NAME _____

FOREPERSON OF THE JURY

To the Jury - I will allow the juror to smoke with a bailiff present. Do not deliberate any further until the smoking juror who is smoking returns. You may then continue your deliberations.   Judge W/G