UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA



FILED
CLERK, U.S. DISTRICT COURT
AUG 11 2021
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:19-cr-00313-SVW |
| Plaintiff(s), | ) **JURY NOTE NUMBER:** |
| vs. | ) Today's Date: 8·11·21 |
| Mark Steven Domingo, | ) Time: 2:06 pm |
| Defendant(s). | ) |

__X__   THE JURY HAS REACHED AN UNANIMOUS VERDICT

_____   THE JURY REQUESTS THE FOLLOWING:

_____
_____
_____
_____
_____
_____
_____

SIGNED    REDACTED AS TO NAME

FOREPERSON OF THE JURY