## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA



| UNITED STATES OF AMERICA | CASE NO. 2:19-cr-313-SVW |
|---|---|
| vs. | |
| MARK STEVEN DOMINGO | **JURY VERDICT FORM** |
| Defendant. | |

### COUNT ONE

| DEFENDANT | NOT GUILTY | GUILTY |
|---|---|---|
| Mark Steven Domingo | | ✓ |

### COUNT TWO

| DEFENDANT | NOT GUILTY | GUILTY |
|---|---|---|
| Mark Steven Domingo | | ✓ |

Date: 08-11-2021

Signature of Foreperson: REDACTED AS TO NAME